UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | ML 11-2274 DSF (PLAx) | Date | 9/10/12 |
|---|---|---|---|
| Title | In re Citimortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING IN PART and DENYING IN PART Motion to Dismiss (Dkt. No. 96)

Defendant has moved to dismiss the claims in the Third Amended Complaint (TAC) related to the Modified Trial Payment Plans (Modified TPPs) and the Oral TPPs as well as the Maryland Consumer Debt Collection Act and Iowa Debt Collection Practices Act claims.

The King-Glennon "oral" TPP claims fail as they have not alleged sufficiently definite terms of the alleged oral agreement.  Leave to amend is not granted as it is clear that Plaintiffs cannot correct the deficiencies in the King-Glennon claim.  Their theory fails because it is based on an unsupported assumption that HAMP modification guidelines would apply where no terms of the proposed modification were agreed to by King, Glennon, and Defendant.

As stated at oral argument, Plaintiff Singh will now pursue a claim based on a written "standard" TPP rather than an oral contract claim.

The motion to dismiss the King-Glennon claims is GRANTED.  It is DENIED in all other respects.

IT IS SO ORDERED.