**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
Email: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

**MILBERG LLP**
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
CHRISTIAN KEENEY (SBN 269533)
ckeeney@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 11-ml-2274 DSF (PLAx)<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF ROBERT GATTI WITHOUT PREJUDICE<br><br>CRTRM.: 840<br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE<br>JUDGE: Hon. Paul L. Abrams |

ASSENTED TO MOTION TO DROP PLAINTIFF ROBERT GATTI
CASE NO. 11-ml-2274 DSF (PLAx)

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff Robert Gatti's claim is dismissed in the above-entitled action, with prejudice. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim.

DATED: November 6, 2012

/s/ Gary Klein
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh (admitted *pro hac vice*)
Kevin Costello (admitted *pro hac vice*)
Klein Kavanagh Costello, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
Email: klein@kkcllp.com
Email: kavanagh@kkcllp.com
Email: costello@kkcllp.com

*Attorneys for Plaintiffs*

DATED: November 6, 2012

/s/ Debra Bogo-Ernst
Elizabeth Mann
Debra Bogo-Ernst
Steven E. Rich
Mayer Brown LLP
71 South Wacker Dr.
Chicago, IL 60606

*Attorneys for Defendant*

- 1 -
ASSENTED TO MOTION TO DROP PLAINTIFF ROBERT GATTI
CASE NO. 11-ml-2274 DSF (PLAx)

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 | CERTIFICATE OF SERVICE |
| 6 |  |
| 7 | I, Gary Klein, hereby certify that this document filed through the ECF |
| 8 | system will be sent electronically to the registered participants as identified on the |
| 9 |  |
| 10 | Notice of Electronic File (NEF) and paper copies will be sent via U.S. Mail to |
| 11 | those listed below on November 6, 2012. |

Lisa J. Rodriguez
Nicole M. Acchione
TRUJILLO RODRIGUEZ & RICHARDS LLC
258 Kings Highway East
Haddonfield, NJ 08033

Marc C Singer
SAIBER LLC
18 Columbia Turnpike Suite 200
Florham Park, NJ 07932

*/s/ Gary Klein*
Gary Klein

- 2 -
ASSENTED TO MOTION TO DROP PLAINTIFF ROBERT GATTI
CASE NO. 11-ml-2274 DSF (PLAx)