**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
NICOLE M. DUCKETT (SBN 198168)
ndfricke@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
Email: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc.,<br>    CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc.,<br>    CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc.,<br>    CV 11-8323 DSF (PLAx) | Case No. 11-ml-2274 DSF (PLAx)<br><br>NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL |

| | |
|---|---|
| 1 | Davidson Calfee, et al. v. CitiMortgage, Inc., ) |
| 2 | ) |
| | CV 11-8324 DSF (PLAx) ) |
| 3 | Juan Silva, et al. v. CitiMortgage, Inc., ) |
| 4 | CV 11-8325 DSF (PLAx) ) |
| | Jo Ann Gastineau v. CitiMortgage, Inc., ) |
| 5 | CV 11-8326 DSF (PLAx) ) |
| 6 | William T. Whiting v. CitiMortgage, Inc., ) |
| 7 | CV 11-8327 DSF (PLAx) ) |
| 8 | David G. DeRosa, et al. v. CitiMortgage Inc., ) |
| 9 | ) |
| 10 | CV 11-8328 DSF (PLAx) ) |
| 11 | Robert Coons, et al. v. CitiMortgage Inc., ) |
| 12 | CV 11-01655 DSF (PLAx) ) |
| 13 | Joaquin Sequeira, et al. v. CitiMortgage Inc. ) |
| 14 | CV 11- 9179 DSF(PLAx) ) |

| NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL | | CASE NO.: 11-ML-2274 DSF (PLAx) |
|---|---|---|
| DOCS\650429v1 | | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Christian Keeney, formerly an attorney at Milberg LLP and one of the lead attorneys for the Class, hereby withdraws as counsel for the Class. David E. Azar and Nicole M. Duckett continue to represent the Plaintiffs as Interim Lead Class Counsel and request that all future correspondence and papers in this action continue to be directed to them.

Date: February 25, 2013

**MILBERG LLP**
DAVID E. AZAR
NICOLE M. DUCKETT

         */s/ David E. Azar*
         DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: dazar@milberg.com
ndfricke@milberg.com

*Interim Lead Class Counsel*
*Counsel for Plaintiffs Beverly King and Nancy Glennon*

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
p. 617.357.5500
f. 617.357.5030
Emails: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*
*Counsel for Plaintiff Davidson Calfee*

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on February 25, 2013, declarant served the NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☒ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☐ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants as addressed and listed below:

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2013, at Los Angeles, California.

_____
CECILLE CHAFFINS

NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

CASE NO.: 11-ML-2274 DSF (PLAx)

DOCS\650429v1