**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
NICOLE DUCKETT (SBN 198168)
ndfricke@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MILBERG LLP**
ARIANA J. TADLER
atadler@milberg.com
1 Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (213) 868-1229

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
Email: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | Case No. 11-ml-2274 DSF (PLAx) <br><br> NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL |
| This document relates to: <br><br> Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx) <br> Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx) <br> Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx) <br> Davidson Calfee, et al. v. CitiMortgage, Inc., | DATE: August 26, 2013 <br> TIME: 1:30 P.M. <br> ROOM: 840 <br> JUDGE: Hon. Dale S. Fischer <br> MAGISTRATE JUDGE: Hon. Paul L. Abrams |

| | |
|---|---|
| 1 | CV 11-8324 DSF (PLAx) )
| 2 | Juan Silva, et al. v. CitiMortgage, Inc., )
| | CV 11-8325 DSF (PLAx) )
| 3 | Jo Ann Gastineau v. CitiMortgage, Inc., )
| 4 | CV 11-8326 DSF (PLAx) )
| | William T. Whiting v. CitiMortgage, Inc.,)
| 5 | CV 11-8327 DSF (PLAx) )
| 6 | David G. DeRosa, et al. v. CitiMortgage )
| | Inc., )
| 7 | CV 11-8328 DSF (PLAx) )
| 8 | Robert Coons, et al. v. CitiMortgage Inc., )
| | CV 11-01655 DSF (PLAx) )
| 9 | )
| 10 | Joaquin Sequeira, et al. v. CitiMortgage )
| | Inc. )
| 11 | CV 11- 9179 DSF(PLAx) )
| | )

---

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL

DOCS\658549v1

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 26, 2013, at 1:30 p.m., in the Courtroom of the Honorable Dale S. Fischer, Courtroom 840, United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs will move the Court for an order, pursuant to Federal Rule of Civil Procedure 23, certifying the classes as defined below.

Specifically, Plaintiffs will seek certification of eight (8) statewide classes of individuals (for residents of California, Florida, Illinois, Iowa, Maryland, Massachusetts, New Jersey and Pennsylvania, respectively) whose home mortgage loans have been serviced by Citi and who, since April 13, 2009, have entered into a HAMP TPP Agreement with Citi and made all payments required by their TPP agreement ("HAMP TPP Classes"). Excluded from the HAMP TPP Classes are borrowers to whom Citi timely tendered either:

1. A Home Affordable Modification Agreement that complied with HAMP rules; or

2. A written denial of eligibility consistent with the terms of the trial period agreement.

Also excluded from the HAMP TPP classes are governmental entities, defendants, their affiliates and subsidiaries, Citi's current employees and current or former officers, directors, agents, representatives, their family members, the members of this Court and its staff.

For the purposes of this class definition, "timely" means before the end of the "Trial Period" defined in borrower's Trial Period Plan.

In support of their motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities, the Declaration of Interim Class Counsel David Azar together with its exhibits, the Class Certification Report of Ian Ayres,

the Third Amended and Consolidated Class Action Complaint as well as on the pleadings and orders of record duly filed in connection with this matter and such other matters and arguments as the Court may consider in the hearing of this Motion. Plaintiffs further reserve the right to amend the class definition, as appropriate, to conform to changes in the law or facts or to make it consistent with Orders of this Court.

In addition, Plaintiffs will move the Court to designate Interim Class Counsel Milberg LLP and Klein Kavanagh Costello, LLP (successor to Roddy, Klein & Ryan) as Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) together with each member of the currently serving Executive Committee. *See* Order Appointing Interim Lead Class Counsel and Executive Committee (Doc. No. 14). In support of that designation, Plaintiffs rely on the material described above including, without limitation, the Declaration of Jeff Westerman (Doc. No. 7) together with its Exhibits.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 12, 2013.

Date: April 17, 2013

**MILBERG LLP**
DAVID E. AZAR
NICOLE DUCKETT

_____
DAVID E. AZAR

| | |
|---|---|
| 1 | |
| 2 | One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 |
| 3 | Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 |
| 4 | Email: dazar@milberg.com<br>ndfricke@milberg.com |
| 5 | |
| 6 | **MILBERG LLP**<br>ARIANA J. TADLER |
| 7 | 1 Pennsylvania Plaza<br>New York, NY 10119 |
| 8 | Telephone: (212) 594-5300<br>Facsimile: (213) 868-1229<br>atadler@milberg.com |
| 9 | |
| 10 | **WESTERMAN LAW CORP.**<br>JEFF WESTERMAN |
| 11 | 1925 Century Park East<br>Suite 2100 |
| 12 | Los Angeles, CA 90067<br>Telephone: (310) 698-7450<br>jwesterman@jswlegal.com |
| 13 | |
| 14 | *Interim Lead Class Counsel*<br>*Counsel for Plaintiffs Beverly King and Nancy Glennon* |
| 15 | |
| 16 | **KLEIN KAVANAGH COSTELLO, LLP**<br>GARY KLEIN |
| 17 | SHENNAN KAVANAGH<br>KEVIN COSTELLO |
| 18 | JOHN MCGOWAN<br>85 Merrimac Street, 4th Floor |
| 19 | Boston, Massachusetts 02114<br>p. 617.357.5500 |
| 20 | f. 617.357.5030<br>Emails: klein@kkcllp.com |
| 21 | kavanagh@kkcllp.com<br>costello@kkcllp.com |
| 22 | mcgowan@kkcllp.com |
| 23 | *Interim Lead Class Counsel* |
| 24 | *Counsel for Plaintiff Davidson Calfee* |
| 25 | **FINKELSTEIN THOMPSON LLP**<br>ROSEMARY M. RIVAS |
| 26 | 100 Bush Street, Suite 1450<br>San Francisco, California 94104 |
| 27 | Telephone: (415) 398-8700<br>Facsimile: (415) 398-8704 |
| 28 | |

- 3 -

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS COUNSEL

DOCS\658549v1

| | |
|---|---|
| 1 | Email: rrivas@finkelsteinthompson.com |
| 2 | **FINKELSTEIN THOMPSON LLP**<br>TRACY D. REZVANI |
| 3 | 1050 30th St. NW<br>Washington DC 20007 |
| 4 | Telephone: (202) 337-8000<br>Facsimile:  (202) 337-8090 |
| 5 | trezvani@finkelsteinthompson.com |
| 6 | **BERGER & MONTAGUE, PC**<br>SHERRIE R. SAVETT |
| 7 | RUSSELL D. PAUL<br>ERIC LECHTZIN |
| 8 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| 9 | Telephone: (215) 875-3000<br>Facsimile:  (215) 875-5715 |
| 10 | ssavett@bm.net<br>rpaul@bm.net |
| 11 | elechtzin@bm.net |
| 12 | **CUNEO GILBERT & LADUCA LLP**<br>ALEXANDRA C. WARREN |
| 13 | BRENDAN S. THOMPSON<br>CHARLES J. LADUCA |
| 14 | MATTHEW L. WIENER<br>507 C Street NE |
| 15 | Washington DC 20002<br>Telephone: (202) 789-3960 |
| 16 | Facsimile:  (202) 789-1813<br>awarren@cuneolaw.com |
| 17 | brendant@cuneolaw.com<br>charles@cuneolaw.com |
| 18 | wiener_matthew@yahoo.com |
| 19 | **CUNEO GILBERT & LADUCA LLP**<br>PREETPAL GREWAL |
| 20 | Rockefeller Center<br>620 Fifth Avenue |
| 21 | New York, NY 10020<br>Telephone: (202) 789-3960 |
| 22 | Facsimile:  (202) 789-1813<br>pgrewal@cuenolaw.com |
| 23 | |
| 24 | **THE STURDEVANT LAW FIRM**<br>JAMES C. STURDEVANT |
| 25 | 354 Pine Street, 4th Floor<br>San Francisco, CA 94104 |
| 26 | Telephone: (415) 477-2410<br>Facsimile:  (415) 477-2420 |
| 27 | jsturdevant@sturdevantlaw .com |
| 28 | **HOUSING AND ECONOMIC RIGHTS** |

- 4 -

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

DOCS\658549v1

**ADVOCATES**
MAEVE ELISE BROWN
ELIZABETH S. LETCHER
NOAH ZINNER
CYNTHIA SINGERMAN
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone: (510) 271-8443
Facsimile: (510) 868-4521
melisebrown@heraca.org
eletcher@heraca.org
esingerman@heraca.org

**NATIONAL CONSUMER LAW CENTER**
CHARLES M. DELBAUM
STUART T. ROSSMAN
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone: (617) 542-8010
Facsimile: (617) 542-8033
cdelbaum@nclc.org
srossman@nclc.org

**STONEBARGER LAW**
GENE JOSEPH STONEBARGER
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141
gstonebarger@stonebargerlaw.com

**LEVIN, FISHBEIN, SEDRAN & BERMAN**
CHARLES E. SCHAFFER
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: 877.882.1011
Facsimile: 215.592.4663
Email: Cschaffer@Lfsblaw.CoM

**LOCKRIDGE GRINDAL & NAUEN PLLP**
ROBERT SHELQUIST
100 Washington Ave S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com

**HOLLAND GROVES SCHNELLER STOLZE**
ERIC D. HOLLAND
300 N. Tucker Suite 801
St. Louis, MO 63101

- 5 -
NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS COUNSEL

DOCS\658549v1

Telephone: 877-255-3352
Facsimile: 314-241-5554
eholland@ALLFELA.com

**HUDSON MALLANEY SHINDLER ANDERSON P.C.**
J. BARTON GOPLERUD
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
jbgoplerud@hudsonlaw.net

*Members of the Plaintiffs' Executive Committee*