UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This notice relates to:<br>ALL ACTIONS | Case No.: 11-ml-2274 DSF (PLAx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFFS EUGENE AND TAWANNA FRASIER'S CLAIMS WITHOUT PREJUDICE**<br><br>Courtroom: 840<br>Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Paul L. Abrams |

The Court, having considered Stipulation of Dismissal of Plaintiffs Eugene and Tawanna Frasier's Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), said Stipulation is hereby GRANTED, without prejudice and without costs.

**IT IS SO ORDERED.**

Dated: ____4/19____, 2013

*Dale S. Fischer*

_____
Hon. Dale S. Fischer
U.S. District Judge