MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
LUCIA NALE
lnale@mayerbrown.com
DEBRA BOGO-ERNST
dernst@mayerbrown.com
STEPHEN J. KANE
skane@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
(Admitted Pro Hac Vice)

Attorneys for Defendant
CITIMORTGAGE, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc., CV 11-8324 DSF (PLAx) | Case No. 11-ml-2274 DSF (PLAx)<br><br>STIPULATION TO SET (1) BRIEFING SCHEDULES ON DEFENDANT CITIMORTGAGE, INC.'S SUMMARY JUDGMENT MOTIONS AND ON THE PARTIES' MOTIONS TO STRIKE AND (2) COMBINED HEARING DATE ON SUMMARY JUDGMENT MOTIONS, CLASS CERTIFICATION MOTION, AND MOTIONS TO STRIKE<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Paul L. Abrams |

STIPULATION ON SUMMARY JUDGMENT, CLASS CERTIFICATION, AND MOTIONS TO STRIKE; CASE NO. 11-ml-2274 DSF (PLAx)

706813201

| | |
|---|---|
| 1 | Juan Silva, et al. v. CitiMortgage, Inc., )
| 2 |     CV 11-8325 DSF (PLAx) )
| | Jo Ann Gastineau v. CitiMortgage, Inc., )
| 3 |     CV 11-8326 DSF (PLAx) )
| 4 | William T. Whiting v. CitiMortgage, Inc.,)
| |     CV 11-8327 DSF (PLAx) )
| 5 | David G. DeRosa, et al. v. CitiMortgage )
| 6 | Inc., )
| |     CV 11-8328 DSF (PLAx) )
| 7 | Robert Coons, et al. v. CitiMortgage Inc., )
| 8 |     CV 11-01655 DSF (PLAx) )
| 9 | Joaquin Sequeira, et al. v. CitiMortgage )
| | Inc. )
| 10 |     CV 11- 9179 DSF(PLAx) )

STIPULATION ON SUMMARY JUDGMENT, CLASS CERTIFICATION, AND MOTIONS TO STRIKE; CASE NO. 11-ml-2274 DSF (PLAx)

Plaintiffs and Defendant CitiMortgage, Inc. ("Citi," and collectively with Plaintiffs, the "Parties") agree that:

On February 1, 2013, in response to a stipulated schedule, the Court issued an Order setting the class certification briefing and expert discovery schedule (the "Class Certification Scheduling Order"). Dkt. No. 298. Pursuant to this schedule, Plaintiffs filed their Motion for Class Certification on April 17, 2013. Dkt. Nos. 315-320. The hearing on Plaintiffs' motion for class certification presently is scheduled for August 26, 2013 at 1:30 p.m.

On May 28, 2013, Citi filed motions for summary judgment on the claims of Plaintiffs David DeRosa and Erin Logan (Dkt. No. 333), Minnie Glover (Dkt. No. 334), Beverly King and Nancy Glennon (Dkt. No. 335), and Jo Ann Gastineau (Dkt. No. 336). Pursuant to the Court's May 30, 2013 order, Citi filed amended versions of these motions on June 14, 2013. Dkt. Nos. 353-356. Also on June 14, 2013, Citi filed a motion for summary judgment on the claims of Plaintiff Balbir Singh. Dkt. No. 352. The hearing on Citi's summary judgment motions presently is scheduled for August 5, 2013 at 1:30 p.m.

On June 12, 2013, Citi filed a motion to strike Plaintiffs' expert report in support of class certification. Dkt. No. 343. The hearing on Citi's motion to strike is presently scheduled for August 26, 2013 at 1:30 p.m. Plaintiffs intend to file motions to strike both of Citi's expert reports and to schedule the hearing on those motions for August 26, 2013 at 1:30 p.m.

The Parties differ about the proper sequencing of Plaintiffs' class certification motion and Citi's summary judgment motions, but wish to avoid burdening the Court with ex parte motion practice. Consequently, the Parties met and conferred to discuss an extended briefing schedule on Citi's summary judgment motions in accordance with this Court's Standing Order (Paragraphs 7.a and 8.c), as well as a briefing schedule on the Parties' motions to strike. The Parties also discussed rescheduling the hearing dates on Plaintiffs' motion for class

certification, Citi's summary judgment motions, and Citi's motion to strike, as well as a hearing date for Plaintiffs' anticipated motions to strike.

As a result of these discussions, the Parties have agreed to the following compromise, subject to Court approval. First, the parties have agreed to an increased briefing schedule on Citi's summary judgment motions and on the Parties' motions to strike, set forth below. Second, the Parties also agreed, subject to Court approval, to continue the hearing dates on Plaintiffs' motion for class certification, Citi's summary judgment motions, and Citi's motion to strike, and to schedule September 23, 2013 at 1:30 p.m. as the combined hearing date on those motions and on Plaintiffs' anticipated motions to strike. The Parties do not propose to otherwise modify or extend any other dates in the Class Certification Scheduling Order and briefing on the motion shall be completed as originally scheduled. Although Plaintiffs believe that prompt resolution of their motion for class certification is important, the Parties' proposed new combined hearing date is less than one month from the currently scheduled class certification hearing date and the proposed extended schedule will enable the Parties to better prepare their briefs and argument, and avoid the burden and expense of ex parte motion practice. If the Court prefers to schedule these motions differently, then the Parties will meet and confer to propose a schedule guided by the Court's instructions.

## STIPULATION

The Parties, subject to Court approval, STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' oppositions to Citi's summary judgment motions are due by August 19, 2013. Citi's replies in support of its summary judgment motions are due by September 9, 2013.

2. Plaintiffs' opposition to Citi's motion to strike is due by July 29, 2013. Citi's reply in support of its motion to strike is due by August 19, 2013.

3. Plaintiffs' motions to strike are due by July 15, 2013. Citi's oppositions to Plaintiffs' motions to strike are due by August 12, 2013. Plaintiffs' replies in support of their motions to strike are due by September 9, 2013.

4. The combined hearing on Citi's summary judgment motions, Plaintiffs' class certification motion, and the Parties' motions to strike shall be on September 23, 2013 at 1:30 p.m.

5. In the event the Court prefers a different scheduling of the various motions, the parties shall meet and confer to propose a schedule consistent with the Court's guidance and instructions.

DATED: June 20, 2013

**MILBERG LLP**
DAVID E. AZAR

/s/ DAVID E. AZAR
DAVID E. AZAR

Interim Lead Class Counsel
Counsel for Plaintiffs Beverly King and Nancy Glennon

DATED: June 20, 2013

**MAYER BROWN LLP**
ELIZABETH MANN
DEBRA BOGO-ERNST
STEVEN E. RICH

/s/ LUCIA NALE
LUCIA NALE

Attorneys for Defendant
CitiMortgage, Inc.

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On June 20, 2013, the:

**STIPULATION TO SET (1) BRIEFING SCHEDULES ON DEFENDANT CITIMORTGAGE, INC.'S SUMMARY JUDGMENT MOTIONS AND ON THE PARTIES' MOTIONS TO STRIKE AND (2) COMBINED HEARING DATE ON SUMMARY JUDGMENT MOTIONS, CLASS CERTIFICATION MOTION, AND MOTIONS TO STRIKE**

was served by ECF, and by

☒ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa J Rodriguez
Nicole M Acchione
Trujillo Rodriguez & Richards LLC
258 Kings Highway East
Haddonfield, NJ 08033

Preetpal Grewal
Cuneo Gilbert and LaDuca LLP
Rockefeller Center 620 Fifth Avenue
New York, NY 10020

Sabrina S Kim
PO Box 5000
Rancho Santa Fe, CA 92067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2013, at Los Angeles, California.

_s/ Cristina Villa_
Cristina Villa