| | |
|---|---|
| 1 | **KLEIN KAVANAGH COSTELLO, LLP** |
|  | GARY KLEIN |
| 2 | SHENNAN CAVAGH |
|  | KEVIN COSTELLO |
| 3 | 85 Merrimac Street, 4th Floor |
|  | Boston Massachusetts 02114 |
| 4 | Telephone:  617.357.5500 |
|  | Facsimile:  617.357.5030 |
| 5 | Email:  klein@kkcllop.com |
| 6 | **MILBERG** LLP |
|  | JEFF WESTERMAN (SBN 94559) |
| 7 | DAVID E. AZAR (SBN 218319) |
|  | CHRISTIAN KEENEY (SBN 269533) |
| 8 | One California Plaza |
|  | 300 S. Grand Avenue, Suite 3900 |
| 9 | Los Angeles, CA  90071 |
|  | Telephone: (213) 617-1200 |
| 10 | Facsimile:  (213) 617-1975 |
|  | Email:  jwesterman@milberg.com |
| 11 |  |
|  | *Interim Lead Counsel for Plaintiffs* |
| 12 |  |
|  | ELIZABETH S. LETCHER (SBN 172986) |
| 13 | **HOUSING AND ECONOMIC RIGHTS ADVOCATES** |
|  | 1814 Franklin Street, Suite 1040 |
| 14 | Oakland, CA  94612 |
|  | Telephone:  (510) 271-8443 |
| 15 | Facsimile:   (510) 868-4521 |
|  | Email: eletcher@heraca.org |
| 16 |  |
|  | *Counsel for Maria and Pedro Betancourt* |
| 17 |  |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:  CITMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | **CASE NO. 11-ml-2274 DSF (PLAx)** |
| | STIPULATION OF DISMISSAL OF PLAINTIFFS MARIA AND PEDRO BETANCOURT WITH PREJUDICE |
| | CTRM:  840 |
| | Judge:    Hon. Dale S. Fischer |
| | Magistrate |
| | Judge:    Hon. Paul L. Abrams |

| ASSENTED TO MOTION TO DROP PLAINTIFFS MARIA AND PEDRO BETANCOURT | - 1 - | CASE NO.: 11-ml-2274 DsF (PLAx) |
|---|---|---|

On or about January 23, 2013, the parties stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiffs Maria Betancourt and Pedro Betancourt should be dismissed in the above-entitled action, with prejudice. *See* Docket No. 288, Exh. A hereto. Plaintiffs have not previously dismissed any federal or state court action based on or including the same action.

The parties therefore request that the Court dismiss Maria Betancourt and Pedro Betancourt's claims, with prejudice.

DATED: June 20, 2013         _____/s/_____

ELIZABETH S. LETCHER
HOUSING AND ECONOMIC
RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone: (510) 271-8443
Facsimile: (510) 868-4521
Email: eletcher@heraca.org

*Attorney for Plaintiffs Maria and Pedro Betancourt*

DATED: June 20, 2013         _____/s/_____
Elizabeth Mann
Debra Bogo-Ernst
Steven E. Rich
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant*

| ASSENTED TO MOTION TO DROP PLAINTIFFS MARIA AND PEDRO BETANCOURT | - 1 - | CASE NO.: 11-ml-2274 DsF (PLAx) |

# CERTIFICATE OF SERVICE

I, Elizabeth Letcher, hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent via U.S. Mail to those listed below on June 19, 2013.

Lisa Rodriguez
Nicole M. Acchione
TRUJILLO RODRIGUEZ & RICHARDS LLC
258 Kings Highway East
Haddonfield, NJ 08033

Marc C. Singer
SAIVER LLC
18 Columbia Turnpike Suite 200
Florham Park, NJ 07932

# ATTACHMENT A

|   |   |
|---|---|
| 1 | **KLEIN KAVANAGH COSTELLO, LLP**<br>GARY KLEIN |
| 2 | SHENNAN CAVAGH<br>KEVIN COSTELLO |
| 3 | 85 Merrimac Street, 4th Floor<br>Boston Massachusetts 02114 |
| 4 | Telephone: 617.357.5500<br>Facsimile: 617.357.5030 |
| 5 | Email: klein@kkcllop.com |
| 6 | **MILBERG** LLP<br>JEFF WESTERMAN (SBN 94559) |
| 7 | DAVID E. AZAR (SBN 218319)<br>CHRISTIAN KEENEY (SBN 269533) |
| 8 | One California Plaza<br>300 S. Grand Avenue, Suite 3900 |
| 9 | Los Angeles, CA 90071<br>Telephone: (213) 617-1200 |
| 10 | Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com |
| 11 |   |
| 12 | *Interim Lead Counsel for Plaintiffs* |
| 13 | ELIZABETH S. LETCHER (SBN 172986)<br>**HOUSING AND ECONOMIC RIGHTS ADVOCATES** |
| 14 | 1814 Franklin Street, Suite 1040<br>Oakland, CA 94612 |
| 15 | Telephone: (510) 271-8443<br>Facsimile: (510) 868-4521 |
| 16 | Email: eletcher@heraca.org |
| 17 | *Counsel for Maria and Pedro Betancourt* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | **CASE NO. 11-ml-2274 DSF (PLAx)**<br><br>STIPULATION OF DISMISSAL OF PLAINTIFFS MARIA AND PEDRO BETANCOURT WITH PREJUDICE<br><br>CTRM: 840<br>Judge: Hon. Dale S. Fischer<br>Magistrate<br>Judge: Hon. Paul L. Abrams |

| ASSENTED TO MOTION TO DROP PLAINTIFFS MARIA AND PEDRO BETANCOURT | - 1 - | CASE NO.: 11-ml-2274 DsF (PLAx) |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff Maria Betancourt and Plaintiff Pedro Betancourt's claims are dismissed in the above-entitled action, with prejudice. Plaintiff has not previously dismissed any federal or state court action based on or including the same action.

DATED: January 23, 2013            _____/s/_____
                                   ELIZABETH S. LETCHER
                                   HOUSING AND ECONOMIC
                                   RIGHTS ADVOCATES
                                   1814 Franklin Street, Suite 1040
                                   Oakland, CA 94612
                                   Telephone:  (510) 271-8443
                                   Facsimile:   (510) 868-4521
                                   Email:  eletcher@heraca.org

                                   *Attorney for Plaintiffs Maria and Pedro Betancourt*

DATED: January 23, 2013            ____/s/_____
                                   Elizabeth Mann
                                   Debra Bogo-Ernst
                                   Steven E. Rich
                                   MAYER BROWN LLP
                                   71 South Wacker Drive
                                   Chicago, IL 60606

                                   *Attorneys for Defendant*

| ASSENTED TO MOTION TO DROP PLAINTIFFS MARIA AND PEDRO BETANCOURT | - 1 - | CASE NO.: 11-ml-2274 DsF (PLAx) |
|---|---|---|

## CERTIFICATE OF SERVICE

I, Elizabeth Letcher, hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent via U.S. Mail to those listed below on January 23, 2013.

Lisa Rodriguez
Nicole M. Acchione
TRUJILLO RODRIGUEZ & RICHARDS LLC
258 Kings Highway East
Haddonfield, NJ 08033

Marc C. Singer
SAIVER LLC
18 Columbia Turnpike Suite 200
Florham Park, NJ 07932