UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | ML 11-2274 DSF (PLAx) | Date | 6/21/13 |
|---|---|---|---|
| Title | In re Citimortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Timing of Motions


   The Court approves of the parties' stipulation with the exception of the date for the hearing. The motions should be set for hearing on September 16, 2013 at 1:30 p.m. The parties should adjust the other dates to compensate for the new hearing date and file a revised stipulation and proposed order.

   IT IS SO ORDERED.