Tracy D. Rezvani (*Pro Hac Vice*)
**REZVANI VOLIN & ROTBERT P.C.**
1050 Connecticut Ave., N.W.
10th Floor
Washington, D.C. 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | Case No.: 11-ml-2274 DSF (PLAx) <br><br> **NOTICE OF CHANGE IN FIRM AFFILIATION & OF WITHDRAWAL** |

  Tracy D. Rezvani, counsel of record hereby provides notice of her new firm name and contact information for the Court as well as notes her withdrawal from this litigation. Her new contact information is:

Tracy D. Rezvani
**Rezvani Volin & Rotbert P.C.**
1050 Connecticut Ave, N.W., 10th Floor
Washington, D.C. 20036
Phone:  (202) 350-4270 x 101
Fax:  (202) 351-0544
trezvani@rvrlegal.com

  This Notice is not intended, and should not be construed, to affect a withdrawal of Finkelstein Thompson LLP, as counsel of record in this MDL.

NOTICE OF CHANGE IN FIRM AFFILIATION & OF WITHDRAWAL - 1

Date: June 22, 2013                                          /s *Tracy D. Rezvani*_____

Tracy D. Rezvani (*Pro Hac Vice*)
**Rezvani Volin & Rotbert P.C.**
1050 Connecticut Ave, N.W., 10th Floor
Washington, D.C. 20036
Phone:  (202) 350-4270 x 101
Fax:  (202) 351-0544

**PROOF OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of June, 2013, the original attached was filed using the CM/ECF system for filing.

/s/ *Tracy D. Rezvani*
_____
Tracy D. Rezvani