Mike Arias, Esq. (SBN 115385)
Mark A. Ozzello (SBN 116595)
Mark F. Didak, Esq. (SBN 104059)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 670-1600
Facsimile:  (310) 670-1231
marias@aogllp.com
mozzello@aogllp.com
mfdidak@aogllp.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc. CV 10 3792 DSF (PLAx)<br><br>and all other cases consolidated under Case No. 11-mdl-2274 DSF (PLAx) | Case No.: 11-mdl-2274 DSF (PLAx)<br><br>Before Honorable United States District Court Judge Dale S. Fischer<br><br>**STIPULATION TO DISMISS HAMP CLASS CLAIMS OF MARC MATA AND SHERRY MARSHALL** |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, plaintiffs Marc Mata and Sherry Marshall ("the Matas"), and defendant CitiMortgage, Inc., by and through their duly authorized and undersigned counsel, hereby stipulate as follows:

1. The HAMP class claims alleged by the Matas, which were originally alleged in *Mata v. CitiMortgage, Inc., etc., et al.,* U.S. Dist. Court Case No. CV10-9167 DSF (PLAx) ("*Mata*"), and which were consolidated with this case, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation,* U. S. Dist. Court Case No. CV11-mdl-2274 DSF (PLAx) (the "MDL"), by order dated March 12, 2013 ("Order," *Mata* doc. 151), are dismissed with prejudice and are stricken from the Fourth Amended Complaint in *Mata*.

2. The Matas' individual HAMP and other claims in *Mata* which were not consolidated with case pursuant to the Order are not dismissed.

3. The Matas' dismissal of their HAMP class claims has no effect on any claims alleged individually or in a representative capacity by any other plaintiff in the MDL.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 17, 2013

ARIAS OZZELLO & GIGNAC LLP

By: */s/*
MIKE ARIAS
MARK A. OZZELLO
MARK F. DIDAK
Attorneys for Plaintiffs
Marc Mata and Sherry Marshall

Dated: July 17, 2013

MAYER BROWN LLP

By: */s/*
ELIZABETH MANN
STEVEN E. RICH
LUCIA NALE
DEBRA BOGO-ERNST
Attorneys for Defendant
Citimortgage, Inc.

**STIPULATION TO DISMISS HAMP CLASS CLAIMS OF
MARC MATA AND SHERRY MARSHALL**