MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
*emann@mayerbrown.com*
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

MAYER BROWN LLP
LUCIA NALE
*lnale@mayerbrown.com*
DEBRA BOGO-ERNST
*dernst@mayerbrown.com*
STEPHEN J. KANE
*skane@mayerbrown.com*
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
(Admitted Pro Hac Vice)

Attorneys for Defendant
CITIMORTGAGE, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc., CV 11-8324 DSF (PLAx)<br>Juan Silva, et al. v. CitiMortgage, Inc., | Case No. 11-ml-2274 DSF (PLAx)<br><br>REVISED STIPULATION TO SET (1) BRIEFING SCHEDULES ON DEFENDANT CITIMORTGAGE, INC.'S SUMMARY JUDGMENT MOTIONS AND ON THE PARTIES' MOTIONS TO STRIKE AND (2) COMBINED HEARING DATE ON SUMMARY JUDGMENT MOTIONS, CLASS CERTIFICATION MOTION, AND MOTIONS TO STRIKE<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Paul L. Abrams |

1  CV 11-8325 DSF (PLAx) )
2  Jo Ann Gastineau v. CitiMortgage, Inc., )
   CV 11-8326 DSF (PLAx) )
3  William T. Whiting v. CitiMortgage, Inc., )
4  CV 11-8327 DSF (PLAx) )
   David G. DeRosa, et al. v. CitiMortgage )
5  Inc., )
   CV 11-8328 DSF (PLAx) )
6  )
   Robert Coons, et al. v. CitiMortgage Inc., )
7  CV 11-01655 DSF (PLAx) )
8  )
   Joaquin Sequeira, et al. v. CitiMortgage )
9  Inc. )
   CV 11- 9179 DSF(PLAx) )

Plaintiffs and Defendant CitiMortgage, Inc. ("Citi," and collectively with Plaintiffs, the "Parties") agree that:

On June 20, 2013, the Parties filed a stipulation proposing a schedule on Plaintiffs' class certification motion, the parties' motions to strike expert reports, and Citi's motions for summary judgment. Dkt. 368.

On June 21, 2013, the Court "approve[d] of the [P]arties' stipulation with the exception of the date for the hearing," noted that "[t]he motions should be set for hearing on September 16, 2013," and ordered that the Parties "adjust the other dates to compensate for the new hearing date and file a revised stipulation and proposed order." Dkt. 370.

Pursuant to the Court's order, the parties have met and conferred and present this revised stipulation for the Court's consideration.

### **REVISED STIPULATION**

The Parties, subject to Court approval, STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' oppositions to Citi's summary judgment motions are due by August 9, 2013. Citi's replies in support of its summary judgment motions are due by August 30, 2013.

2. Plaintiffs' opposition to Citi's motion to strike is due by August 2, 2013. Citi's reply in support of its motion to strike is due by August 23, 2013.

3. Plaintiffs' motions to strike were served on Citi on July 12, 2013; Citi's Application to seal any confidential information in those motions shall be filed with the Court on July 22, 2013; and Plaintiffs' motions to strike shall be filed with the Court on July 26, 2013. Citi's oppositions to Plaintiffs' motions to strike are due by August 8, 2013. Plaintiffs' replies in support of their motions to strike are due by August 30, 2013.

4. Plaintiffs have a one-day extension to file their reply brief in support of class certification, and it is now due on July 30, 2013.

5. The combined hearing on Citi's summary judgment motions, Plaintiffs' class certification motion, and the Parties' motions to strike shall be on September 16, 2013 at 1:30 p.m.

6. In order to address potential confidentiality of documents after briefs are completed but before documents are filed with the Court, the parties agree that, except as to the August 30 dates, the due dates described above and the deadlines previously set regarding class certification are the dates that each party's papers will be provided to the opposing party. The following court day, the party preparing the papers will identify any confidential information used in the briefing to the designating party pursuant to this Court's Standing Order. Within three court days after such confidential information is identified, the designating party shall file an application to file documents under seal. Within three court days after the filing of the application to file documents under seal, the briefing at issue shall be filed. For filings that are due on August 30, 2013, the parties will comply with the schedule set forth in the Court's Standing Order on all related confidentiality designations and each party will actually file their papers with the Court on August 30, 2013, so that all documents will have been filed at least 14 days prior to the hearing date.

7. In the event the Court prefers a different schedule for the parties' submissions regarding the various motions, the parties shall meet and confer to propose a schedule consistent with the Court's guidance and instructions.

| | | |
|---|---|---|
| 1 | DATED: July 24, 2013 | **MILBERG LLP**<br>DAVID E. AZAR |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | /s/ DAVID E. AZAR<br>DAVID E. AZAR |
| 6 | | Interim Lead Class Counsel |
| 7 | | Counsel for Plaintiffs Beverly King<br>and Nancy Glennon |
| 8 | | |
| 9 | | |
| 10 | DATED: July 23, 2013 | **MAYER BROWN LLP**<br>ELIZABETH MANN<br>DEBRA BOGO-ERNST |
| 11 | | STEVEN E. RICH |
| 12 | | |
| 13 | | /s/ LUCIA NALE<br>LUCIA NALE |
| 14 | | |
| 15 | | Attorneys for Defendant<br>CitiMortgage, Inc. |

3
REVISED STIPULATION ON SUMMARY JUDGMENT, CLASS CERTIFICATION, AND
MOTIONS TO STRIKE; CASE NO. 11-ml-2274 DSF (PLAx)

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On July 22, 2013, the:

**REVISED STIPULATION TO SET (1) BRIEFING SCHEDULES ON DEFENDANT CITIMORTGAGE, INC.'S SUMMARY JUDGMENT MOTIONS AND ON THE PARTIES' MOTIONS TO STRIKE AND (2) COMBINED HEARING DATE ON SUMMARY JUDGMENT MOTIONS, CLASS CERTIFICATION MOTION, AND MOTIONS TO STRIKE**

**AND [PROPOSED] ORDER GRANTING STIPULATION**

was served by ECF, and by

placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa J Rodriguez
Nicole M Acchione
Trujillo Rodriguez & Richards LLC
258 Kings Highway East
Haddonfield, NJ 08033

Preetpal Grewal
Cuneo Gilbert and LaDuca LLP
Rockefeller Center 620 Fifth Avenue
New York, NY 10020

Sabrina S Kim
PO Box 5000
Rancho Santa Fe, CA 92067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 24, 2013, at Los Angeles, California.

*s/ Jenna Radomile*
Jenna Radomile