1  **MILBERG LLP**
   DAVID E. AZAR (SBN 218319)
2  dazar@milberg.com
   NICOLE DUCKETT (SBN 198168)
3  ndfricke@milberg.com
   300 South Grand, Suite 3900
4  Los Angeles, California 90071
   Telephone: (213) 617-1200
5  Facsimile:  (213) 617-1975

6  **MILBERG LLP**                              **KLEIN KAVANAGH COSTELLO,**
   ARIANA J. TADLER                             **LLP**
7  atadler@milberg.com                          GARY KLEIN
   1 Pennsylvania Plaza                         SHENNAN KAVANAGH
8  New York, NY 10119                           KEVIN COSTELLO
   Telephone: (212) 594-5300                    85 Merrimac Street, 4th Floor
9  Facsimile:  (213) 868-1229                   Boston, Massachusetts 02114
                                                Telephone: (617) 357-5500
10                                              Facsimile:  (617) 357-5030
                                                klein@kkcllp.com
11                                              kavanagh@kkcllp.com
                                                costello@kkcllp.com
12

13 *Interim Lead Class Counsel*

14 [Additional Counsel on Signature Page]

15                     UNITED STATES DISTRICT COURT

16                    CENTRAL DISTRICT OF CALIFORNIA

17                              WESTERN DIVISION

18

19 IN RE: CITIMORTGAGE, INC. HOME        ) Case No. 11-ml-2274 DSF (PLAx)
   AFFORDABLE MODIFICATION              )
20 PROGRAM ("HAMP") LITIGATION          ) NOTICE OF MOTION AND
                                        ) PLAINTIFFS' MOTION TO STRIKE
21 ─────────────────────────────────────  ) TESTIMONY OF ANGELA E.
   This document relates to:            ) WATSON
22                                      )
   Beverly King, et al. v. CitiMortgage, Inc.,)
23     CV 10-3792 DSF (PLAx)            ) DATE:       September 16, 2013
   Balbir Singh v. CitiMortgage, Inc.,  ) TIME:       1:30 pm
24     CV 11-8322 DSF (PLAx)            ) CRTRM.:     840
   Leslie Barry, et al. v. CitiMortgage, Inc.,) JUDGE:   Hon. Dale S. Fischer
25     CV 11-8323 DSF (PLAx)            ) MAGISTRATE
   Davidson Calfee, et al. v. CitiMortgage,) JUDGE:   Hon. Paul L. Abrams
26 Inc.,                                )
       CV 11-8324 DSF (PLAx)            )
27                                      )
   Juan Silva, et al. v. CitiMortgage, Inc.,)
28                                      )

─────────────────────────────────────────────────────────────────────
NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON
DOCS\664869v1

|   |   |
|---|---|
| 1 | CV 11-8325 DSF (PLAx) ) |
| 2 | Jo Ann Gastineau v. CitiMortgage, Inc., ) |
|   | CV 11-8326 DSF (PLAx) ) |
| 3 | William T. Whiting v. CitiMortgage, Inc., ) |
| 4 | CV 11-8327 DSF (PLAx) ) |
|   | David G. DeRosa, et al. v. CitiMortgage ) |
| 5 | Inc., ) |
| 6 | CV 11-8328 DSF (PLAx) ) |
| 7 | Robert Coons, et al. v. CitiMortgage Inc., ) |
|   | CV 11-01655 DSF (PLAx) ) |
| 8 | Joaquin Sequeira, et al. v. CitiMortgage ) |
| 9 | Inc. ) |
|   | CV 11- 9179 DSF(PLAx) ) |
| 10 | ) |

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON
DOCS\664869v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, at 1:30 P.M. on September 16, 2013, or as soon thereafter as the matter may be heard in Courtroom 840 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, CA, 90012, Plaintiffs will and hereby do move this Court to strike the Expert Report of Angela E. Watson. The motion is made pursuant to Federal Rules of Evidence 104(a), 403, and 702, on the grounds that Ms. Watson is unqualified, the report is irrelevant, and her methodology is unreliable.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the papers, records, and pleadings on file with the Court in this matter, and such other matters as the Court deems appropriate for consideration and/or as may be presented by Citi in any reply or at oral argument at the hearing on the motion.

This motion is made following the conference of counsel required by Local Rule 7-3, which took place on July 3, 2013.

Date: July 12, 2013

**MILBERG LLP**
DAVID E. AZAR
NICOLE DUCKETT

_____
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
dazar@milberg.com
nduckett@milberg.com

**MILBERG LLP**
ARIANA J. TADLER
1 Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (213) 868-1229
atadler@milberg.com

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**WESTERMAN LAW CORP.**
JEFF WESTERMAN
1925 Century Park East
Suite 2100
Los Angeles, CA  90067
Telephone: (310) 698-7450
Facsimile: (310) 201-9160
jwesterman@jswlegal.com

*Interim Lead Class Counsel*
*Counsel for Plaintiffs Beverly King and Nancy Glennon*

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
REBECCA NEALE
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
neale@kkcllp.com

*Interim Lead Class Counsel*
*Counsel for Plaintiff Davidson Calfee*

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON
DOCS\664869v1

DECLARATION OF SERVICE BY ELECTRONIC MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on July 12, 2013, declarant served the NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON via electronic mail on:

Elizabeth D. Mann
Steven E. Rich
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
Email: emann@mayerbrown.com
srich@mayerbrown.com

Lucia Nale
Debra Bogo-Ernst
Stephen J. Kane
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: lnale@mayerbrown.com
dernst@mayerbrown.com
skane@mayerbrown.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July, 2013, at Los Angeles, California.

*/s/ Elizabeth Villalobos-López*
ELIZABETH VILLALOBOS-LÓPEZ