| | |
|---|---|
| 1 | **MILBERG LLP**<br>DAVID E. AZAR (SBN 218319)<br>dazar@milberg.com<br>NICOLE DUCKETT (SBN 198168)<br>ndfricke@milberg.com<br>300 South Grand, Suite 3900<br>Los Angeles, California 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 |

| | | |
|---|---|---|
| 6 | **MILBERG LLP**<br>ARIANA J. TADLER<br>atadler@milberg.com<br>1 Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (213) 868-1229 | **KLEIN KAVANAGH COSTELLO, LLP**<br>GARY KLEIN<br>SHENNAN KAVANAGH<br>KEVIN COSTELLO<br>85 Merrimac Street, 4th Floor<br>Boston, Massachusetts 02114<br>Telephone: (617) 357-5500<br>Facsimile: (617) 357-5030<br>klein@kkcllp.com<br>kavanagh@kkcllp.com<br>costello@kkcllp.com |

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc., CV 11-8324 DSF (PLAx)<br>Juan Silva, et al. v. CitiMortgage, Inc., | Case No. 11-ml-2274 DSF (PLAx)<br><br>PROOF OF SERVICE RE: PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON<br><br>DATE: September 16, 2013<br>TIME: 1:30 pm<br>CRTRM.: 840<br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE<br>JUDGE: Hon. Paul L. Abrams |

PROOF OF SERVICE

|    |                                                          |
|----|----------------------------------------------------------|
| 1  | CV 11-8325 DSF (PLAx)                                    |
| 2  | Jo Ann Gastineau v. CitiMortgage, Inc.,                  |
| 3  | CV 11-8326 DSF (PLAx)<br>William T. Whiting v. CitiMortgage, Inc., |
| 4  | CV 11-8327 DSF (PLAx)                                    |
| 5  | David G. DeRosa, et al. v. CitiMortgage Inc.,            |
| 6  | CV 11-8328 DSF (PLAx)                                    |
| 7  | Robert Coons, et al. v. CitiMortgage Inc.,<br>CV 11-01655 DSF (PLAx) |
| 8  | Joaquin Sequeira, et al. v. CitiMortgage Inc.            |
| 9  | CV 11- 9179 DSF(PLAx)                                    |
| 10 |                                                          |
| 11 |                                                          |
| 12 |                                                          |
| 13 |                                                          |
| 14 |                                                          |
| 15 |                                                          |
| 16 |                                                          |
| 17 |                                                          |
| 18 |                                                          |
| 19 |                                                          |
| 20 |                                                          |
| 21 |                                                          |
| 22 |                                                          |
| 23 |                                                          |
| 24 |                                                          |
| 25 |                                                          |
| 26 |                                                          |
| 27 |                                                          |
| 28 |                                                          |

PROOF OF SERVICE

DECLARATION OF SERVICE BY ELECTRONIC MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 1925 Century Park East, # 2100, Los Angeles, CA 90067.

2. Declarant hereby certifies that service of this motion was made via the Court's electronic filing system on July 25, 2013. Declarant hereby certifies that on July 12, 2013, the NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ANGELA E. WATSON, DECLARATION OF DAVID E. AZAR were provided via electronic mail to:

> Elizabeth D. Mann
> Steven E. Rich
> **MAYER BROWN LLP**
> 350 South Grand Avenue, 25th Floor
> Los Angeles, CA 90071-1503
> Telephone: (213) 229-9500
> Facsimile: (213) 625-0248
> Email: emann@mayerbrown.com
> srich@mayerbrown.com
>
> Lucia Nale
> Debra Bogo-Ernst
> Stephen J. Kane
> **MAYER BROWN LLP**
> 71 S. Wacker Drive
> Chicago, IL 60606
> Telephone: (312) 782-0600
> Facsimile: (312) 701-7711
> Email: lnale@mayerbrown.com
> dernst@mayerbrown.com
> skane@mayerbrown.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July, 2013, at Los Angeles, California.

/S/ Jordanna Thigpen
**JORDANNA G. THIGPEN**