**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
NICOLE DUCKETT (SBN 198168)
ndfricke@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MILBERG LLP**
ARIANA J. TADLER
atadler@milberg.com
1 Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (213) 868-1229

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030
klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc., CV 11-8324 DSF (PLAx)<br>Juan Silva, et al. v. CitiMortgage, Inc., | Case No. 11-ml-2274 DSF (PLAx)<br><br>NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY RE: CLASS CERTIFICATION<br><br>DATE: September 16, 2013<br>TIME: 1:30 pm<br>CRTRM.: 840<br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE JUDGE: Hon. Paul L. Abrams |

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY

|   |   |   |
|---|---|---|
| 1 | CV 11-8325 DSF (PLAx) | ) |
| 2 | Jo Ann Gastineau v. CitiMortgage, Inc., | ) |
|   | CV 11-8326 DSF (PLAx) | ) |
| 3 | William T. Whiting v. CitiMortgage, Inc., | ) |
| 4 | CV 11-8327 DSF (PLAx) | ) |
|   | David G. DeRosa, et al. v. CitiMortgage Inc., | ) |
| 5 | | ) |
| 6 | CV 11-8328 DSF (PLAx) | ) |
|   | Robert Coons, et al. v. CitiMortgage Inc., | ) |
| 7 | CV 11-01655 DSF (PLAx) | ) |
| 8 | Joaquin Sequeira, et al. v. CitiMortgage Inc. | ) |
| 9 | CV 11- 9179 DSF(PLAx) | ) |
| 10 | | ) |

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, at 1:30 P.M. on September 16, 2013, or as soon thereafter as the matter may be heard in Courtroom 840 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, CA, 90012, Plaintiffs will and hereby do move this Court for an order precluding the testimony of Defendant's expert Faten Sabry as to: (1) her interpretation of Citi's Treasury data and (2) her opinions regarding discrepancies in Citi's Treasury data, pursuant to Federal Rules of Evidence 104(a), 403, and 702.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Jordanna G. Thigpen; the papers, records, and pleadings on file with the Court in this matter, and such other matters as the Court deems appropriate for consideration and/or as may be presented by Citi in any reply or at oral argument at the hearing on the motion.

This motion is made following the conference of counsel required by Local Rule 7-3, which took place on July 3, 2013.

Date: July 12, 2013

**MILBERG LLP**
DAVID E. AZAR
NICOLE DUCKETT

*/s/ David E. Azar*
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
dazar@milberg.com
nduckett@milberg.com

|   |   |
|---|---|
| 1 | **MILBERG LLP** |
| 2 | ARIANA J. TADLER |
|   | 1 Pennsylvania Plaza |
| 3 | New York, NY 10119 |
|   | Telephone: (212) 594-5300 |
| 4 | Facsimile: (213) 868-1229 |
|   | atadler@milberg.com |
| 5 |   |
|   | **WESTERMAN LAW CORP.** |
| 6 | JEFF WESTERMAN |
|   | 1925 Century Park East |
| 7 | Suite 2100 |
|   | Los Angeles, CA 90067 |
| 8 | Telephone: (310) 698-7450 |
|   | Facsimile: (310) 201-9160 |
| 9 | jwesterman@jswlegal.com |
| 10 | *Interim Lead Class Counsel* |
|   | *Counsel for Plaintiffs Beverly King and Nancy Glennon* |
| 11 |   |
| 12 | **KLEIN KAVANAGH COSTELLO, LLP** |
|   | GARY KLEIN |
| 13 | SHENNAN KAVANAGH |
|   | KEVIN COSTELLO |
| 14 | REBECCA NEALE |
|   | 85 Merrimac Street, 4th Floor |
| 15 | Boston, Massachusetts 02114 |
|   | Telephone: (617) 357-5500 |
| 16 | Facsimile: (617) 357-5030 |
|   | klein@kkcllp.com |
| 17 | kavanagh@kkcllp.com |
|   | costello@kkcllp.com |
| 18 | neale@kkcllp.com |
| 19 | *Interim Lead Class Counsel* |
|   | *Counsel for Plaintiff Davidson Calfee* |

- 2 -
NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY