1  **MILBERG LLP**
   DAVID E. AZAR (SBN 218319)
2  dazar@milberg.com
   NICOLE DUCKETT (SBN 198168)
3  ndfricke@milberg.com
   300 South Grand, Suite 3900
4  Los Angeles, California 90071
   Telephone: (213) 617-1200
5  Facsimile: (213) 617-1975

6  **MILBERG LLP**                          **KLEIN KAVANAGH COSTELLO, LLP**
   ARIANA J. TADLER
7  atadler@milberg.com                      GARY KLEIN
   1 Pennsylvania Plaza                     SHENNAN KAVANAGH
8  New York, NY 10119                       KEVIN COSTELLO
   Telephone: (212) 594-5300                85 Merrimac Street, 4th Floor
9  Facsimile: (213) 868-1229                Boston, Massachusetts 02114
                                            Telephone: (617) 357-5500
10                                          Facsimile: (617) 357-5030
                                            klein@kkcllp.com
11                                          kavanagh@kkcllp.com
                                            costello@kkcllp.com
12

13  *Interim Lead Class Counsel*

14  [Additional Counsel on Signature Page]

15                    UNITED STATES DISTRICT COURT
16                    CENTRAL DISTRICT OF CALIFORNIA
17                             WESTERN DIVISION

18  
19  IN RE: CITIMORTGAGE, INC. HOME              ) Case No. 11-ml-2274 DSF (PLAx)
    AFFORDABLE MODIFICATION                     )
20  PROGRAM ("HAMP") LITIGATION                 ) **REDACTED UNDER SEAL**
                                                )
21  This document relates to:                   ) DECLARATION OF JORDANNA G.
                                                ) THIGPEN IN SUPPORT OF
22  Beverly King, et al. v. CitiMortgage, Inc., ) PLAINTIFFS' MOTION TO STRIKE
        CV 10-3792 DSF (PLAx)                   ) TESTIMONY OF DR. FATEN
23                                              ) SABRY RE: CLASS
    Balbir Singh v. CitiMortgage, Inc.,         ) CERTIFICATION
24      CV 11-8322 DSF (PLAx)                   )
                                                )
25  Leslie Barry, et al. v. CitiMortgage, Inc., )
        CV 11-8323 DSF (PLAx)                   ) DATE:       September 16, 2013
26  Davidson Calfee, et al. v. CitiMortgage,    ) TIME:       1:30 pm
    Inc.,                                       ) CRTRM.:     840
27      CV 11-8324 DSF (PLAx)                   ) JUDGE:      Hon. Dale S. Fischer
                                                ) MAGISTRATE
28  Juan Silva, et al. v. CitiMortgage, Inc.,   ) JUDGE:      Hon. Paul L. Abrams

**REDACTED** DEC. OF JORDANNA G. THIGPEN ISO PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF
DR. FATEN SABRY

| | |
|---|---|
| 1 | CV 11-8325 DSF (PLAx) ) |
| 2 | Jo Ann Gastineau v. CitiMortgage, Inc., ) |
|   | CV 11-8326 DSF (PLAx) ) |
| 3 | William T. Whiting v. CitiMortgage, Inc.,) |
|   | CV 11-8327 DSF (PLAx) ) |
| 4 | David G. DeRosa, et al. v. CitiMortgage ) |
| 5 | Inc., ) |
|   | CV 11-8328 DSF (PLAx) ) |
| 6 | ) |
| 7 | Robert Coons, et al. v. CitiMortgage Inc., ) |
|   | CV 11-01655 DSF (PLAx) ) |
| 8 | ) |
|   | Joaquin Sequeira, et al. v. CitiMortgage ) |
| 9 | Inc. ) |
|   | CV 11- 9179 DSF(PLAx) ) |
| 10 | ) |

**REDACTED** DEC. OF JORDANNA G. THIGPEN ISO PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY

I, Jordanna G. Thigpen, declare as follows:

1. I am a senior associate at Westerman Law Corp., one of the members of the Interim Executive Committee appointed by the Court to represent Plaintiffs and the Class in *In re Citimortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation*, Case No. 11-ml-2274 DSF (PLAx). I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I submit this **REDACTED** version of my declaration in support of Plaintiffs' Motion to Strike the Testimony of Dr. Faten Sabry Re: Class Certification. The Court granted Defendant's Application to Seal portions of **Exhibit 1 and 3** on July 23, 2013. *See* Dkt. 379.

3. Attached hereto as **Exhibit 1** is a **REDACTED** true and correct copy of the Reply Report of Dr. Ian Ayres, Plaintiffs' expert in this matter. This Reply Report was provided to Citi in accordance with the Court-approved schedule on June 25, 2013.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document from Citi's current production made to Plaintiffs, Bates-identified as CITI HAMP MDL00547948-7955.

5. Attached hereto as **Exhibit 3** is a **REDACTED** true and correct copy of a document from Citi's current production made to Plaintiffs, Bates-identified as CITI HAMP MDL004197-004209.

- 1 -
**REDACTED** DEC. OF JORDANNA G. THIGPEN ISO PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF DR. FATEN SABRY

- 2 -

6. Attached hereto as **Exhibit 4** are true and correct copies of relevant excerpts of the deposition of Dr. Faten Sabry, which was taken on June 7, 2013 in Chicago, Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2013 in Los Angeles, California.

*/S/ JORDANNA G. THIGPEN*
JORDANNA G. THIGPEN