# Exhibit 2



Compliance Control Unit--CCU

# CCU Work Paper for REL 3.81 Modification Adverse Action Review
North America | United States | CCU – REL
Completion Date May 17, 2010

1. Document Control
   1.1. Report Recipients

| Role | Name |
|---|---|
| Collection Sr. Group Manager | Brian Mcwhorter |
| BP&A Sr. Manager | Charlie Parko |
| Default Business Control | Pam Thomason |
| Default | Greg Glashauser |
| Compliance Officer | Bob Rolfsmeyer |
| CCU Manager | Marysabel Troconis |
| Review Manager | Noelia Miller |
| Reviewer | Brian Skuza |

   1.2. Review Team

| Role | Name |
|---|---|
| Report Author | Brian Skuza |
| Review Manager | Noelia Miller |
| Reviewer | Brian Skuza |

2. Scope

   2.1 Type of Review

   - Targeted

   2.2 Review Scope

   The scope of this review is to validate that the Loan Modification Program with the Adverse Action Letters sent out for all declined accounts tested.

# CCU Work Paper for REL 3.81 Modification Adverse Action Review
North America | United States | CCU – REL
Completion Date May 17, 2010

### 2.3 High Level Review Objective

Due to guidance provided by the OCC in September 2009 and Supplemental Directive 09-08 of the Home Affordable Mortgage Program, Citimortgage is required to provide an adverse action notice for borrowers that fail to qualify for a modification under the Home Affordable Modification Program or a supplemental Citimortgage Modification.   Under the current Treasury guidelines the adverse action notice must me mailed within 10 business days of the determination not to provide a Modification to every borrower. The requirement to provide an adverse action notice was expanded to include HAFA determinations under supplemental directive 09-09.

 Per the Consumer Affairs Letter published by the OCC on December 4, 2009, the OCC has advised that lenders must provide an adverse action letter to borrowers who enter the trial period as current.  In addition the OCC has indicated that even if an adverse action notice is not required under Regulation B, borrowers may find it helpful to receive from institutions information regarding why their mortgage loan modification request was declined.

### 2.4 Dates of Review

- Start Date: 04/01/2010
- Fieldwork Dates: 04/01/2010 – 04/14/2010
- End date: 04/17/2010

### 2.5 Period Covered in this Review

Loan Modifications that were declined from March 15, 2010 through March 31, 2010.

### 2.6 Review Methodology/Approach

The review was completed from samples using MIS generated from Citilink that incorporated Citi Assist Codes specific to Loan Modifications declines. A sample of 32 loans that had been declined during the last 16 days of March were tested.

Compliance Control Unit--CCU

# CCU Work Paper for REL 3.81 Modification Adverse Action Review
North America | United States | CCU – REL
Completion Date May 17, 2010

### 3. Background

The Home Affordable Modification Program (HAMP) was outlined in Supplemental Directive 09-01.  Under HAMP servicers apply a uniform loan modification process to provide eligible borrowers a subtainable monthly payment for their first lien mortgage loans.  Supplemental Directive 09-08 provides guidance for those borrowers who do not provide qualify for HAMP.

Regulation B Equal Credit Opportunity Act (ECOA): a) Notification of Action taken, ECOA notice, and statement of specific reasons (1) when notification is required. A creditor shall notify the borrower with in 30 days of the completed application. (2) Content of notification when Adverse Action is taken, in writing shall contain: statement of action taken, name and address of the Creditor, Statement of provisions of the act, and the address of the Federal Agency.

Regulation B, Section 202.9 Notifications: Adverse Action follows the rule in regulation B 202.9(f) which states that you may send an adverse action notice to the primary applicant. The notice must contain the information required by Regulation B: Creditors name and address, a statement of the action taken, a summary of the applicant's credit rights (FCRA), the reasons for adverse action and the Credit Reporting Agencies utilized to make the credit decision.

 The Office of Consumer Affairs for the OCC published a letter on December 4, 2009 outlining the need for adverse action letters under regulation B for borrowers who enter the trial period as current.  The OCC also stated that it would be helpful for all borrowers who are declined for a loan modification to receive information as to why they are not eligible for a loan modification. The Link to the Consumer Affairs letter is as follows - http://www.federalreserve.gov/boarddocs/caletters/2009/0913/caltr0913.htm

CCU Work Paper Document                                                                                  *Internal* & *Confidential*

Compliance Control Unit--CCU

# CCU Work Paper for REL 3.81 Modification Adverse Action Review
North America | United States | CCU – REL
Completion Date May 17, 2010

4. **Supplemental Information:**

Between January 12, 2010 and February 4, 2010 there was a logic break in the adverse action coding which caused 3,000 borrowers to receive multiple decline letters in error. In addition there were 16,000 borrowers who should have received adverse action letters, who did not. The logic error and was addressed and decline letters were mailed by March 8, 2009  Currently The BP&A adverse action letter process logic utilizes data from MAT and Citilink Assist Codes to identify letter recipients. The process logic has been evolving since inception based on Supplemental Directive requirements from the Treasury. The process was developed and maintained by an employee that left Citi at the end of March 2010. The process was transferred to other BP&A staff that are running the process and assessing the process logic.

Loss Mit and BP&A have self identified gaps in adverse action letter process. For identified gaps, populations are identified, mailing schedules are developed with HAT to avoid call volume spikes and negative impact on service levels and adverse action letters are sent per schedule.

A Corrective Action Plan (CAP) is in development to correct gaps. Work is being scoped and resources identified for target date setting.



## 5. Review Steps and Results

| Req Id | Key Requirements- Applicable Regulations | Key Risks | Process | Test Case/Objective | Controls | Test Steps | Test Samp |
|---|---|---|---|---|---|---|---|
| 1 | Regulation B, Section 202.9 Notifications: Adverse Action Notices | Financial liability for non-compliance with Regulation B, Section 202.9 Notifications may include actual and punitive damages, legal and court costs.  Non-Compliance with the Home Affordable Modification Program and loss of Government Incentives. | The Loan Modification adverse action notice process includes tasks performed by Loss Mitigation, BP&A, BTI and Venture (Vendor). There are two primary sources of declines that feed the process- Mat Tool Declines (Mortgage Assistance Tool) and the Assist Code Declines. Both follow the same process: accounts are declined in systems by Loss Mitigation, BP&A | To determine that the Supplemental Modification Loan Program was supplying all necessary borrowers of credit decline reasons properly according to The Treasury and Regulation B Requirements. | The Adverse Action Letter process includes controls within the decline process to verify the information is correctly input by agents. Daily controls are in place for the vender handoff to ensure all letters sent to Venture are received and Venture sends all letters requested. There are also daily controls | **Test Step # 1** Was the Adverse Action Letter sent out within 10 days of the decision, per the Treasury Policy?  **Test Step # 2** Was the Adverse Action Letter sent out within 30 days of the decision, per Regulation B requirements?  **Test Step # 3** Were the FCRA and ECOA Disclosures included with the Adverse Action Letter?  **Test Step # 4** Were the correct Credit Reporting Agencies notated on the Adverse Action Letters? | REL 3.8 Justificatio |

CCU Work Paper Document

CONFIDENTIAL                                                                 CITI HAMP MDL00547952

citi

| Req. Id | Key Requirement- Applicable Regulations | Key Risks | Process | Test Case/Objective | Controls | Test Steps | Test Sample |
|---|---|---|---|---|---|---|---|
| | | | generates decline reports to send to BTI, BTI runs macro to merge report data with Citilink data to create the Adverse Action Letter. | | to verify correct customer data is included in the letter. RCSA testing is conducted as well on the Controls around the Adverse Action Process. | **Test Step # 5** Was the decline reason on the Adverse Action Letter accurate based on the customers file content? | |

CCU Work Paper Document

CONFIDENTIAL

CITI HAMP MDL00547953



Compliance Control Unit--CCU

6. Appendix – Supporting Information



REL 3.81 Testing Matrix.xls

7. Observations

1. Question one resulted in 13 Modification accounts failing to have the Adverse Action Letter sent out within the 10 day time frame required according to the Treasury guidelines.

   **Business Response:**
   The business agrees with the findings.  Of the 13 fails, 2 were MAT declines and Assist Code declines had 11 fails.  Both the MAT and Assist Code decline issue was self identified.  A CAP has been developed and targets dates are being determined.  The CAP includes correcting logic for decline identification and additional process controls. *

2. Question two resulted in 4 Modification accounts failing to have the Adverse Action Letter mailed out to the borrower within the 30 days according to Regulation B guidelines.

   **Business Response:**
   The business agrees with the findings.  All 4 failures were Assist Code declines.  The Assist Code decline issue was self identified.  A CAP has been developed and targets dates are being determined.  The CAP includes correcting logic for decline identification and additional process controls. *

3. Question five resulted in 1 Modification account failing to have the correct adverse action reasons listed on the letter for the borrower to identify.

   **Business Response:**
   The business agrees with the findings.  The specific incident is being investigated.  A CAP has been developed and targets dates are being determined.  The CAP includes correcting logic for decline identification and additional process controls. *

* NOTE: A BRD is being prepared to make this a systemic driven letter process which would eliminate numerous possible fail points from the process.

Compliance Control Unit--CCU

CCU Work Paper Document  *Internal* & *Confidential* February 2010

CONFIDENTIAL CITI HAMP MDL00547955