# Exhibit 3

# ▓▓▓ Trial Removal Process

**Shortcuts:**

- Overview
- Determining How to Proceed
- Revisions Summary

**Overview**

- The representative opens the ▓▓▓ case to notify the Removal Team to remove the plan and all coding off the HAM Trial plan. A Case ▓▓▓ can be for various fail reasons (e.g., Underwriting Fail, Non Payment Fail and Borrower Decline, etc.). The open case ▓▓▓ report is located on the CMI Prime Reporting SharePoint site.

**Determining How to Proceed**

Refer to the table below to assist you in determining how to proceed:

| Step | Action |
|---|---|
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2 | Validate reason for removal. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |



CONFIDENTIAL

| | | |
|---|---|---|
| | | validate missing payments. |
| | 2 | Document Failure: <br><br> ■■■■■■■■■■■■■■■■■ |
| | 3 | Underwriting {**(U/W)**} Failure: <br><br> ■■■■■■■■■■■■■■■■■ |
| | 4 | Borrower Decline: <br><br> ■■■■■■■■■■■■■■■■■ |
| | 5 | Supplemental Conversion: <br><br> • ■■■■■ |
| | 6 | Did we know the reason Borrower confirm/did not confirm? <br><br> <table><tr><th>If...</th><th>then...</th></tr><tr><td>Reason confirmed</td><td>• ■■■■■■■</td></tr><tr><td>Reason not confirmed</td><td>• ■■■■■■■■■■■■</td></tr></table> |
| 3 | | Review ■■■■■■■■■■■■ screen for active trial plan. <br><br> <table><tr><th>Assist Code</th><th>Steps to complete</th></tr><tr><td>■■■■■■</td><td>• ■■■■■■</td></tr></table> |

| | | |
|---|---|---|
| | Assist Code | ███ |
| | FDIC | ███ |
| | HAM/Supplemental | ███ |
| 4 | Update **ASSIST** screen. | |

| Step | Action |
|---|---|
| 1 | • ███ |
| 2 | • ███ |
| 3 | • ███ |
| 4 | • ███ |
| 5 | • ███<br>• ███ |
| 6 | • ███ |

| Step | Action |
|---|---|
| | • ███████████ |
| 7 | • ███████████ |
| 8 | • ███████████<br>• ███████████ |
| 9 | Update the following fields: |

| Step | Action |
|---|---|
| 1 | • ███████████ |
| 2 | • ███████████ |
| 3 | • ███████████ |
| 4 | • ███████████ |
| 5 | • ███████████ |
| 6 | • ███████████ |
| 7 | • ███████████<br>• ███████████ |

| | |
|---|---|
| 10 | Go to the ███████████ screen.<br><br>• ███████████ |

**Note:** Prior to May 1st, FDIC accounts did not have assist codes. These accounts should not have a fail assist coded added

CONFIDENTIAL

CITI HAMP MDL004200



| | to them. | |
|---|---|---|
| 5 | • ▮▮▮▮▮▮▮▮▮▮ | |
| | • ▮▮▮▮▮▮▮▮▮▮ | |

| Step | Action |
|---|---|
| 1 | Go to the CitiLink ▮▮▮▮ ▮▮▮▮ screen. |
| 2 | • ▮▮▮▮<br>• ▮▮▮▮<br>• ▮▮▮▮ |
| 3 | • ▮▮▮▮<br>• ▮▮▮▮ |
| 4 | Go to the last entry. Look for the last Counselor HAM code. ▮▮▮▮<br><br>Is the code any of the following?<br><br>| If… | then… |<br>|---|---|<br>| Foreclosure Code | ▮▮▮▮ |<br>| Bankruptcy | ▮▮▮▮ | |
| 5 | Change the ▮▮ code.<br><br>• ▮▮▮▮<br>• ▮▮▮▮<br>• ▮▮▮▮<br>• ▮▮▮▮<br>• ▮▮▮▮ |
| 6 | Change ▮▮▮▮:<br><br>• ▮▮▮▮<br>• ▮▮▮▮ |

| | | |
|---|---|---|
| | ▪ ███ <br> ▪ ███ <br> ▪ ███ | |
| 7 | Change ███ <br><br> Identify previous ███ | |

| Step | Action |
|---|---|
| 1 | ███ |
| 2 | ███ |
| 3 | ███ |
| 4 | ▪ ███ <br> ▪ Press <br>   ○ ███ |
| 5 | Change ███ <br><br> ▪ ███ <br> ▪ ███ <br> ▪ ███ |

| 8 | Remove account from escrow if account was previously **not** escrowed. <br><br> Was the account previously not escrowed? |
|---|---|

| If... | and... | then... |
|---|---|---|
| Yes | The account is being removed due to borrower decline from the HAM program and was previously non-escrowed account. | ███ |

|   |   |   |   |
|---|---|---|---|
|   | Yes | The account is being removed from the HAM program for reasons other than borrower decline, and was previously non-escrowed account. | ███ |
|   | No |   | ███ |

**Note:** Do **not** open ███ to remove escrow if the account is being converted.

| 9 | Disposition Forbearance plan: |
|---|---|

| Step | Action |
|---|---|
| 1 | Go to CitiLink ███ |
| 2 | Type Selection; <br> • ███ <br> • ███ |
| 3 | • ███ |
| 4 | • ███ |

| Type | If |
|---|---|
| ███ | Loan has completed the current plan. |
| ███ | Loan is being reset. |
| ███ | Docs not received. |
| ███ | Loan does not qualify, is not participating, or is being rejected. |

| Step | Action |
|---|---|
| 5 | • ███ <br> • ███ |

| 10 | Closing a Case. |
|---|---|

| Step | Action |
|---|---|
| 1 | Go to **CitiLink** ███ |
| 2 | • ███ <br> • ███ |

CONFIDENTIAL

CITI HAMP MDL004203

| | 3 | <ul><li>█████</li><li>█████</li></ul> |
|---|---|---|
| | 4 | <ul><li>█████</li><li>█████</li></ul> |
| | 5 | <ul><li>█████</li><li>█████</li></ul> |
| | 6 | <ul><li>█████</li><li>█████</li><li>█████</li></ul> |
| | | <ul><li>█████</li><li>█████</li></ul> |
| | 7 | <ul><li>█████</li><li>█████</li><li>█████</li><li>█████</li><li>█████</li></ul> |
| 11 | \multicolumn{2}{l|}{Closing DRI Module:} |

| Step | Action |
|---|---|
| 1 | Select the █████ <ul><li>█████</li><li>█████</li></ul> |
| 2 | Select the █████ tab. <ul><li>█████</li><li>█████</li><li>█████</li></ul> |
| 3 | Change Completion reason to: |

| | | What was the reason? | |
| --- | --- | --- | --- |
| | | **If...** | **then...** |
| | | U/W Failure | refer to notes on account for failure reason and update appropriately. |
| | | Document Fail | HM No Docs. |
| | | Payment Fail | Broken Agreement. |
| | | Borrower Decline | Borrower Decline |
| | 4 | • ▮▮▮▮▮. | |
| | 5 | Remove **Foreclosure Hold**.<br><br>**Important:** Never close the template if there is an existing alternate workout. | |
| 12 | | Change MAT to failed reason.<br><br>What was the failed reason? | |
| | | **If...** | **then...** |
| | | 1st payment default | • ▮▮▮▮▮ |
| | | 2nd and 3rd payment default. | • ▮▮▮▮▮ |
| | | Borrower declined after 1st payment made. | • ▮▮▮▮▮ |
| | | Borrower declined no payments made. | • ▮▮▮▮▮ |
| | | no contact from borrower, no payments made. | • ▮▮▮▮▮ |
| | | document failure. | • ▮▮▮▮▮ |
| | | **Note:** Do **not** update **MAT** for Underwriting (U/W) Fail. the underwriting group will update **MAT**. | |

CONFIDENTIAL                                                                                                       CITI HAMP MDL004205



| 13 | Supplemental Conversion |||
|---|---|---|
| | **Step** | **Action** |
| | 1 | ■ (redacted) |
| | 2 | ■ (redacted) |
| | 3 | ■ (redacted) |
| | 4 | ■ (redacted) |
| | 5 | Add Fail Assist Code: ■ (redacted) |
| | 6 | Update the following fields: |

| Step | Action |
|---|---|
| 1 | ■ (redacted) |
| 2 | ■ (redacted) |
| 3 | ■ (redacted) |
| 4 | ■ (redacted) |

CONFIDENTIAL                                                                                       CITI HAMP MDL004206

| | | | |
|---|---|---|---|
| | | | ███████ |
| | 5 | • | ███████ |
| | | • | ███████ |
| | 6 | • | ███████ |
| | | • | ███████ |
| | 7 | • | ███████ |
| | | • | ███████ |
| | | • | ███████ |
| | 7 | • ███████ • ███████ | |
| | 8 | Add Supplemental Assist code: • ███████ • ███████ • ███████ | |
| | 9 | Update the following fields: | |

| Step | Action |
|---|---|
| 1 | • ███████ |
| 2 | • ███████ |
| 3 | • ███████ |

CONFIDENTIAL
CITI HAMP MDL004207



Note: Do not remove escrow, close the MAT TOOL, or update the DRI HAM coding to non-HAM.

If the conversion is a re-start (no payments made on the old plan), you must follow MAT TOOL rule for setup. The first through the 15th, the beginning date is the 1st of the following month. The 16th trough the end of the month, the begin date is the first of the month following the next month.

**Revisions Summary**    Refer to the table below for a summary of previous and current revisions:

| Revision Date | Revisions | Change Control Number | Requestor |
|---|---|---|---|
| 02/04/10 | Issued | ■ | Tischa Harris |
| 03/03/10 | Updating with VA information. | ■ | Lisa English |
| 08/24/10 | Identified Gap in our Loss Mitigation efforts of Servicing Processes. | ■ | Patricia States |
|  | Conversion from CitiWeb to CitiSource |  |  |

Citi NA Collections Internal
**02/09/2010** - First Edition - Rosemary Thomas

CONFIDENTIAL

CITI HAMP MDL004209