UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | ML 11-2274 DSF (PLAx) | Date | 7/25/13 |
|---|---|---|---|
| Title | In re Citimortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Applications to Seal Filed June 14, 2013; Order GRANTING IN PART and DENYING IN PART Application to Seal Filed July 22, 2013 (Dkt. No. 357, 358, 378)

     Other than the request filed on July 22, 2013, the requests for sealing are DENIED. Given the nature of the case and the issues involved, the Court finds that there are not compelling reasons to redact or seal relevant account balances, payment information, length or status of delinquency, etc. as long as that information pertains to one or more of the Plaintiffs.  This information will presumably be critical in evaluating Plaintiffs' claims and Defendant's defenses, and Plaintiffs have placed this information directly at issue.  Account numbers, social security numbers, birthdates, phone numbers, addresses, or other similar immaterial personal information can be redacted.  If this information is the only information redacted, there is no need to file an unredacted document under seal unless such redacted information is somehow relevant to one or more of the motions. More extensive sealing of third-party information, if any has been submitted, may be appropriate and can be the subject of a new application to seal.

     It is possible that Defendant properly seeks to redact or seal three documents due to concerns other than Plaintiffs' financial information.  However, in the sea of various "Rich declarations," brown envelopes, and multiple copies of both unredacted and redacted versions of documents, the Court cannot be sure that it is even looking at the right documents.  Defendant may file a renewed motion to seal these documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

As for the recent application to seal relating to a motion to strike expert testimony, it is granted with respect to Exhibit 4 and denied with respect to Exhibit 3, except that the specific database field identifiers can be redacted.

IT IS SO ORDERED.