1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | Case No. 11-ml-2274 DSF (PLAx) |
| | District Judge Dale S. Fischer |
| This document relates to: | Magistrate Judge Paul L. Abrams |
| Beverly King, et al. v. CitiMortgage, Inc. CV 10-3792 DSF (PLAx) | **[PROPOSED] ORDER GRANTING DEFENDANT CITIMORTGAGE, INC.'S APPLICATION TO SEAL, IN PART, DOCUMENTS RELATING TO PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |
| Balbir Singh v. CitiMortgage, Inc. CV 11-8322 DSF (PLAx) | |
| Leslie Barry, et al. v. CitiMortgage, Inc. CV 11-8323 DSF (PLAx) | |
| Davidson Calfee, et al. v. CitiMortgage, Inc. CV 11-8324 DSF (PLAx) | |
| Juan Silva, et al. v. CitiMortgage, Inc. CV 11-8325 DSF (PLAx) | [Local Rule 79-5] |
| Jo Ann Gastineau v. CitiMortgage, Inc. CV 11-8326 DSF (PLAx) | |
| William T. Whiting v. CitiMortgage, Inc. CV 11-8327 DSF (PLAx) | |
| David G. Derosa, et al. v. CitiMortgage, Inc. CV 11-8328 DSF (PLAx) | |

1  Keith Goodyk, et al. v. CitiMortgage, Inc.,
      2:11-cv-10372 DSF (PLAx)
2  Robert Coons, et al. v. CitiMortgage, Inc.,
      2:11-cv-10373 DSF (PLAx)
3  Joaquin Sequeira, et al. v. CitiMorgage, Inc.
4     CV 11-9179 DSF (PLAx)

Having considered the Application of Defendant CitiMortgage, Inc. ("Citi") to Seal, In Part, Documents Relating to Plaintiffs' Reply in Support of Class Certification (the "Application"), the Court HEREBY ORDERS as follows:

The Application is **GRANTED**. Good cause exists under Local Rule 79-5 for the requested relief. The following documents contain Citi's proprietary, trade secret, or other confidential protectable information. The documents shall remain redacted as in Citi's publicly filed versions of such documents:

1. Excerpts from Exhibit 69(a) to the David E. Azar in Support of Plaintiffs' Reply in Support of Motion for Class Certification ("Azar Decl."), Bates Labeled CITI HAMP MDL00704391-4402 (attached as Exhibit 3 to the Declaration of Steven E. Rich in support of the Application);

2. Excerpts from selected pages from the document identified as Exhibit 69(c) to the Azar Decl., Bates Labeled CITI HAMP MDL02309071-078 (attached as Exhibit 4 to the Declaration of Steven E. Rich in support of the Application);

3. Excerpts from Exhibit 72 to the Azar Decl., Bates Labeled CITI HAMP MDL0023020-21 (attached as Exhibit 5 to the Declaration of Steven E. Rich in support of the Application);

4. Excerpts from selected pages from the document identified as Exhibit 78 to the Azar Decl., which were documents marked as Exhibit 159, during the deposition of James Simpson, taken in connection with this action on March 1, 2013 (attached as Exhibit 6 to the Declaration of Steven E. Rich in support of the Application);

5. Excerpts from a copy of the document identified as Exhibit 83 to the Azar Decl., Bates Labeled CITI HAMP MDL062338-353 (attached as Exhibit 7 to the Declaration of Steven E. Rich in support of the Application);

1  6. Excerpts from selected pages from the document identified as Exhibit 84 to the Azar Decl., Bates Labeled CITI HAMP MDL00239326-345 (attached as Exhibit 8 to the Declaration of Steven E. Rich in support of the Application); and

7. Excerpts from selected pages from the document identified as Exhibit 85 to the Azar Decl., Bates Labeled MDL003961-965 (attached as Exhibit 9 to the Declaration of Steven E. Rich in support of the Application).

The Application is **REJECTED**.

__ *Counsel shall publicly file unredacted versions of the documents.*

__ *Counsel shall file redacted versions of the documents for public view.*
*The Court will consider the unredacted mandatory paper chambers copy.*

**IT IS SO ORDERED.**

Dated: _____     _____
                          Hon. Dale S. Fischer
                          United States District Judge