```
 1  MAYER BROWN LLP
    ELIZABETH MANN (SBN 106524)
 2  emann@mayerbrown.com
    STEVEN E. RICH (SBN 198412)
 3  srich@mayerbrown.com
    350 South Grand Avenue, 25th Floor
 4  Los Angeles, CA  90071-1503
    Telephone:  (213) 229-9500
 5  Facsimile:   (213) 625-0248

 6  MAYER BROWN LLP
    LUCIA NALE
 7  lnale@mayerbrown.com
    DEBRA BOGO-ERNST
 8  dernst@mayerbrown.com
    STEPHEN J. KANE
 9  skane@mayerbrown.com
    71 South Wacker Drive
10  Chicago, IL 60606
    Telephone:  (312) 782-0600
11  Facsimile:  (312) 701-7711
    (Admitted Pro Hac Vice)
12
    Attorneys for Defendant
13  CITIMORTGAGE, INC.
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | Case No. 11-ml-2274 DSF (PLAx) |
| This document relates to: | **PROOF OF SERVICE OF CITIMORTGAGE, INC.'S APPLICATION TO SEAL, IN PART, DOCUMENTS RELATING TO PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |
| Beverly King, et al. v. CitiMortgage, Inc.  CV 10-3792 DSF (PLAx) | |
| Balbir Singh v. CitiMortgage, Inc.  CV 11-8322 DSF (PLAx) | Judge:   Hon. Dale S. Fischer |
| Leslie Barry, et al. v. CitiMortgage, Inc.  CV 11-8323 DSF (PLAx) | |
| Davidson Calfee, et al. v. CitiMortgage, Inc.  CV 11-8324 DSF (PLAx) | |
| Juan Silva, et al. v. CitiMortgage, Inc.  CV 11-8325 DSF (PLAx) | |
| Jo Ann Gastineau v. CitiMortgage, Inc.  CV 11-8326 DSF (PLAx) | |
| William T. Whiting v. CitiMortgage, Inc. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV 11-8327 DSF (PLAx)
David G. Derosa, et al. v. CitiMortgage, Inc.
CV 11-8328 DSF (PLAx)
Keith Goodyk, et al. v. CitiMortgage, Inc.,
2:11-cv-10372 DSF (PLAx)
Robert Coons, et al. v. CitiMortgage, Inc.,
2:11-cv-10373 DSF (PLAx)
Joaquin Sequeira, et al. v. CitiMortgage, Inc.
CV 11-9179 DSF (PLAx)

PROOF OF SERVICE

702602641

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On August 5, 2013:

**CITIMORTGAGE, INC.'S APPLICATION TO SEAL, IN PART, DOCUMENTS RELATING TO PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION; DECLARATION OF STEVEN E. RICH IN SUPPORT OF DEFENDANT CITIMORTGAGE, INC.'S APPLICATION TO SEAL DOCUMENTS RELATING TO PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION [REDACTED]; [PROPOSED] ORDER**

by serving the documents listed above through ECF and by

☒ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa J Rodriguez
Nicole M Acchione
Trujillo Rodriguez & Richards LLC
258 Kings Highway East
Haddonfield, NJ 08033

Preetpal Grewal
Cuneo Gilbert and LaDuca LLP
Rockefeller Center 620 Fifth Avenue
New York, NY 10020

Sabrina S Kim
PO Box 5000
Rancho Santa Fe, CA 92067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 5, 2013, at Los Angeles, California.

Hae Jung Park

PROOF OF SERVICE; CASE NO. 11-ml-2274 DSF (PLAx)

702602641