UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | **CASE NO. 11-ml-2274 DSF (PLAx)**<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFFS MARIA AND PEDRO BETANCOURT WITH PREJUDICE<br><br>CTRM: 840<br>Judge:  Hon. Dale S. Fischer<br>Magistrate<br>Judge:   Hon. Paul L. Abrams |

The Court, having considered the Stipulation of Dismissal of Plaintiffs Maria and Pedro Betancourt's Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), said Stipulation is hereby GRANTED, without prejudice and without costs.

IT IS SO ORDERED.

Dated: 8/12/13

_____
Hon. Dale S. Fischer
U.S. District Judge