**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dLechtzin@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
klein@kkcllp.com
SHENNAN KAVANAGH
kavanagh@kkcllp.com
KEVIN COSTELLO
costello@kkcllp.com
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

*Interim Lead Class Counsel*

[Counsel for Plaintiff Jo Ann Gastineau listed on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc. CV 10-3792 DSF (PLAx)<br><br>Balbir Singh v. CitiMortgage, Inc. CV 11-8322 DSF (PLAx)<br><br>Leslie Barry, et al. v. CitiMortgage, Inc. CV 11-8323 DSF (PLAx)<br><br>Davidson Calfee, et al. v. CitiMortgage, Inc. CV 11-8324 DSF (PLAx)<br><br>Juan Silva, et al. v. CitiMortgage, Inc. CV 11-8325 DSF (PLAx) | Case No. 11-mdl-2274 DSF (PLAx)<br><br>**NOTICE OF LODGING OF PLAINTIFF'S STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON JO ANN GASTINEAU'S CLAIMS**<br><br>DATE: September 16, 2013<br>TIME: 1:30 pm<br>CRTRM.: 840<br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE |

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO AMENDED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT ON JO ANN GASTINEAU'S CLAIMS; CASE NO. 11-MDL-2274 DSF (PLAX)

706631897.4 13-Jun-13 17:22

| | | |
|---|---|---|
| 1 | Jo Ann Gastineau v. CitiMortgage, Inc.<br>    CV 11-8326 DSF (PLAx) | JUDGE:   Hon. Paul L. Abrams |
| 2 | William T. Whiting v. CitiMortgage, Inc.<br>    CV 11-8327 DSF (PLAx) | |
| 3 | David G. Derosa, et al. v. CitiMortgage, Inc. | |
| 4 |     CV 11-8328 DSF (PLAx) | |
| 5 | Keith Goodyk, et. al. v. CitiMortgage Inc.,<br>    2:11-cv-10372 DSF(PLAx) | |
| 6 | Robert Coons, et. al. v. CitiMortgage Inc.,<br>    2:11-cv-10373DSF(PLAx) | |
| 7 | Joaquin Sequeira, et. al., v. CitiMortgage Inc. | |
| 8 |     CV 11- 9179    DSF(PLAx) | |
| 9 | | |

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO AMENDED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT ON JO ANN GASTINEAU'S CLAIMS; CASE NO. 11-MDL-2274 DSF (PLAX)

Plaintiff Jo Ann Gastineau submits the attached Statement of Genuine Disputes and Additional Material Facts in Opposition to Defendant CitiMortgage, Inc.'s Statement of Uncontroverted Facts and Conclusions of Law Filed in Support of Motion for Summary Judgment on Jo Ann Gastineau's Claims, which was electronically filed on August 22, 2013, as Document No. 448.

Date: August 22, 2013  **BERGER & MONTAGUE, P.C.**

*/s/Eric Lechtzin*
ERIC LECHTZIN

SHERRIE R. SAVETT
ERIC LECHTZIN
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-5715
ssavett@bm.net
elechtzin@bm.net

*Counsel for Plaintiff Jo Ann Gastineau*

**MILBERG LLP**
DAVID E. AZAR
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: dazar@milberg.com

*Interim Lead Class Counsel*
*Counsel for Plaintiffs Beverly King and Nancy Glennon*

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO AMENDED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT ON JO ANN GASTINEAU'S CLAIMS; CASE NO. 11-MDL-2274 DSF (PLAX)

| | |
|---|---|
| 1 | |
| 2 | **KLEIN KAVANAGH COSTELLO, LLP**<br>GARY KLEIN |
| 3 | SHENNAN KAVANAGH<br>KEVIN COSTELLO |
| 4 | JOHN MCGOWAN<br>85 Merrimac Street, 4th Floor |
| 5 | Boston, Massachusetts 02114<br>p. 617.357.5500 |
| 6 | f. 617.357.5030<br>Emails: klein@kkcllp.com |
| 7 | kavanagh@kkcllp.com<br>costello@kkcllp.com |
| 8 | mcgowan@kkcllp.com |
| 9 | *Interim Lead Class Counsel*<br>*Counsel for Plaintiff Davidson Calfee* |

2
NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO AMENDED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT ON JO ANN GASTINEAU'S CLAIMS; CASE NO. 11-MDL-2274 DSF (PLAX)