1  **MILBERG LLP**
   DAVID E. AZAR (SBN 218319)
2  dazar@milberg.com
   300 South Grand, Suite 3900
3  Los Angeles, California 90071
   Telephone:  (213) 617-1200
4  Facsimile:   (213) 617-1975

5  **KLEIN KAVANAGH COSTELLO, LLP**
   GARY KLEIN
6  klein@kkcllp.com
   SHENNAN KAVANAGH
7  kavanagh@kkcllp.com
   KEVIN COSTELLO
8  costello@kkcllp.com
   85 Merrimac Street, 4th Floor
9  Boston, Massachusetts 02114
   Telephone: (617) 357-5500
10 Facsimile:  (617) 357-5030

11 *Interim Lead Class Counsel*

12 [Additional Counsel on Signature Page]

13           **UNITED STATES DISTRICT COURT**

14           **CENTRAL DISTRICT OF CALIFORNIA**

15             **WESTERN DIVISION**

16 IN RE: CITIMORTGAGE, INC.          Case No. 11-mdl-2274 DSF (PLAx)
   HOME AFFORDABLE
17 MODIFICATION PROGRAM              **NOTICE OF LODGING OF
   ("HAMP") LITIGATION               PLAINTIFFS' STATEMENT OF
18                                    GENUINE DISPUTES AND
   This document relates to:         ADDITIONAL MATERIAL FACTS IN
19                                    OPPOSITION TO DEFENDANT
   Beverly King, et al. v.           CITIMORTGAGE, INC.'S STATEMENT
20 CitiMortgage, Inc.                 OF UNCONTROVERTED FACTS AND
   CV 10-3792 DSF (PLAx)             CONCLUSIONS OF LAW FILED IN
21 Balbir Singh v. CitiMortgage, Inc. SUPPORT OF MOTION FOR
   CV 11-8322 DSF (PLAx)             SUMMARY JUDGMENT ON MINNIE
22 Leslie Barry, et al. v.           GLOVER'S CLAIMS**
   CitiMortgage, Inc.
23 CV 11-8323 DSF (PLAx)             DATE:        September 16, 2013
   Davidson Calfee, et al. v.        TIME:        1:30 pm
24 CitiMortgage, Inc.                CRTRM.:    840
   CV 11-8324 DSF (PLAx)             JUDGE:     Hon. Dale S. Fischer
25 Juan Silva, et al. v. CitiMortgage, MAGISTRATE
   Inc.                              JUDGE:     Hon. Paul L. Abrams
26 CV 11-8325 DSF (PLAx)
   Jo Ann Gastineau v. CitiMortgage,

27

28
   NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES & ADDITIONAL
   MATERIAL FACTS IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF
   UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR
   SUMMARY JUDGMENT ON MINNIE GLOVER'S CLAIMS;
   CASE NO. 11-MDL-2274 DFS (PLAx)

705098276.9

1  Inc.
   CV 11-8326 DSF (PLAx)
   William T. Whiting v.
2  CitiMortgage, Inc.
   CV 11-8327 DSF (PLAx)
3  David G. Derosa, et al. v.
   CitiMortgage, Inc.
4  CV 11-8328 DSF (PLAx)
   Keith Goodyk, et. al. v.
5  CitiMortgage Inc.,
           2:11-cv-10372 DSF(PLAx)
6  Robert Coons, et. al. v.
   CitiMortgage Inc.,
7          2:11-cv-10373DSF(PLAx)
   Joaquin Sequeira, et. al., v.
8  CitiMortgage Inc.
           CV 11- 9179
9  DSF(PLAx)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL
MATERIAL FACTS IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT ON MINNIE GLOVER'S CLAIMS;
CASE NO. 11-MDL-2274 DFS (PLAx)

1       Plaintiffs Minnie Glover and Janie Glover (deceased) submit the attached

2    Statement of Genuine Disputes and Additional Material Facts in Opposition to

3    Defendant CitiMortgage, Inc.'s Statement of Uncontroverted Facts and

4    Conclusions of Law Filed in Support Of Motion for Summary Judgment on Minnie

5    Glover's Claims, which was electronically filed on August 22, 2013, as Document

6    No. 449.

7

8    Date: August 22, 2013                **BERGER & MONTAGUE, P.C.**

9

10                                              */s/Eric Lechtzin*
                                         ERIC LECHTZIN
11                                       SHERRIE R. SAVETT
                                         ERIC LECHTZIN
12                                       1622 Locust Street
                                         Philadelphia, PA 19103
13                                       Telephone: (215) 875-3000
                                         Facsimile: (215) 875-5715
14                                       ssavett@bm.net
                                         elechtzin@bm.net
15
                                         *Counsel for Plaintiff Minnie Glover*
16
                                         **MILBERG LLP**
17                                       DAVID E. AZAR
                                         One California Plaza
18                                       300 S. Grand Avenue, Suite 3900
                                         Los Angeles, CA  90071
19                                       Telephone: (213) 617-1200
                                         Facsimile:  (213) 617-1975
20                                       Email: dazar@milberg.com

21                                       *Interim Lead Class Counsel*
                                         *Counsel for Plaintiffs Beverly King and Nancy*
22                                       *Glennon*

23

24

25

26

27                                        1
     NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL
28   MATERIAL FACTS IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF
     UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR
     SUMMARY JUDGMENT ON MINNIE GLOVER'S CLAIMS;
     CASE NO. 11-MDL-2274 DFS (PLAx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
p. 617.357.5500
f. 617.357.5030
Emails: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*
*Counsel for Plaintiff Davidson Calfee*

2

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES AND ADDITIONAL
MATERIAL FACTS IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT ON MINNIE GLOVER'S CLAIMS;
CASE NO. 11-MDL-2274 DFS (PLAx)