**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
klein@kkcllp.com
SHENNAN KAVANAGH
kavanagh@kkcllp.com
KEVIN COSTELLO
costello@kkcllp.com
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

*Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc.<br>CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc.<br>CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc.<br>CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc.<br>CV 11-8324 DSF (PLAx)<br>Juan Silva, et al. v. CitiMortgage, Inc.<br>CV 11-8325 DSF (PLAx)<br>Jo Ann Gastineau v. CitiMortgage, Inc.<br>CV 11-8326 DSF (PLAx) | Case No. 11-mdl-2274 DSF (PLAx)<br><br>**NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DAVID DEROSA AND ERIN LOGAN'S CLAIMS**<br><br>DATE: September 16, 2013<br>TIME: 1:30 pm<br>CRTRM.: 840<br>JUDGE: Hon. Dale S. Fischer<br>MAGISTRATE<br>JUDGE: Hon. Paul L. Abrams |

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT OF GENUINE DISPUTES IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DAVID DEROSA AND ERIN LOGAN'S CLAIMS;
CASE NO. 11-MDL-2274 DSF (PLAX)

| | |
|---|---|
| 1 | William T. Whiting v. CitiMortgage, Inc. |
| 2 | CV 11-8327 DSF (PLAx) |
| | David G. Derosa, et al. v. |
| 3 | CitiMortgage, Inc. |
| | CV 11-8328 DSF (PLAx) |
| 4 | Keith Goodyk, et. al. v. |
| | CitiMortgage Inc., |
| 5 |     2:11-cv-10372 DSF(PLAx) |
| | Robert Coons, et. al. v. |
| 6 | CitiMortgage Inc., |
| |     2:11-cv-10373DSF(PLAx) |
| 7 | Joaquin Sequeira, et. al., v. |
| | CitiMortgage Inc. |
| 8 |     CV 11- 9179 DSF(PLAx) |

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT GENUINE DISPUTES IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DAVID DEROSA AND ERIN LOGAN'S CLAIMS;
CASE NO. 11-MDL-2274 DSF (PLAX)

Plaintiffs David DeRosa and Erin Logan submit the attached Statement Genuine Disputes in Opposition to Defendant CitiMortgage, Inc.'s Statement of Uncontroverted Facts and Conclusions of Law Filed in Support of Motion For Summary Judgment On David DeRosa and Erin Logan's Claims, which was electronically filed on August 22, 2013, as Document No. 450.

Date: August 22, 2013            **BERGER & MONTAGUE, P.C.**

                                 */s/Eric Lechtzin*
                                 ERIC LECHTZIN
                                 SHERRIE R. SAVETT
                                 ERIC LECHTZIN
                                 1622 Locust Street
                                 Philadelphia, PA 19103
                                 Telephone: (215) 875-3000
                                 Facsimile: (215) 875-5715
                                 ssavett@bm.net
                                 elechtzin@bm.net

                                 *Counsel for Plaintiffs David DeRosa and Erin Logan*

                                 **MILBERG LLP**
                                 DAVID E. AZAR
                                 One California Plaza
                                 300 S. Grand Avenue, Suite 3900
                                 Los Angeles, CA  90071
                                 Telephone: (213) 617-1200
                                 Facsimile:  (213) 617-1975
                                 Email: dazar@milberg.com

                                 *Interim Lead Class Counsel*
                                 *Counsel for Plaintiffs Beverly King and Nancy Glennon*

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
p. 617.357.5500
f. 617.357.5030
Emails: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*
*Counsel for Plaintiff Davidson Calfee*

NOTICE OF LODGING OF PLAINTIFFS' STATEMENT GENUINE DISPUTES IN OPPOSITION TO DEFENDANT CITIMORTGAGE, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DAVID DEROSA AND ERIN LOGAN'S CLAIMS;
CASE NO. 11-MDL-2274 DSF (PLAX)