**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
klein@kkcllp.com
SHENNAN KAVANAGH
kavanagh@kkcllp.com
KEVIN COSTELLO
costello@kkcllp.com
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>This document relates to:<br><br>Beverly King, et al. v. CitiMortgage, Inc.,<br>    CV 10-3792 DSF (PLAx)<br>Balbir Singh v. CitiMortgage, Inc.,<br>    CV 11-8322 DSF (PLAx)<br>Leslie Barry, et al. v. CitiMortgage, Inc.,<br>    CV 11-8323 DSF (PLAx)<br>Davidson Calfee, et al. v. CitiMortgage, Inc.,<br>    CV 11-8324 DSF (PLAx)<br>Juan Silva, et al. v. CitiMortgage, Inc.,<br>    CV 11-8325 DSF (PLAx)<br>Jo Ann Gastineau v. CitiMortgage, Inc.,<br>    CV 11-8326 DSF (PLAx) | Case No. 11-ml-2274 DSF (PLAx)<br><br>**NOTICE OF LODGING OF PLAINTIFF BALBIR SINGH'S STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO CITIMORTGAGE, INC.'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON BALBIR SINGH'S CLAIMS**<br><br>Date: September 16, 2013<br>Time: 1:30 p.m.<br>Judge: Hon. Dale S. Fischer<br><br>*Third Amended Consolidated Class Action Complaint filed: June 15, 2012* |

NOTICE OF LODGING OF PLAINTIFF BALBIR SINGH'S STATEMENT OF
GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO
CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| William T. Whiting v. CitiMortgage, Inc.,<br>    CV 11-8327 DSF (PLAx) | )<br>)<br>) |
| David G. DeRosa, et al. v. CitiMortgage Inc.,<br>    CV 11-8328 DSF (PLAx) | )<br>)<br>)<br>) |
| Robert Coons, et al. v. CitiMortgage Inc.,<br>    CV 11-01655 DSF (PLAx) | )<br>)<br>) |
| Joaquin Sequeira, et al. v. CitiMortgage Inc.<br>    CV 11- 9179 DSF(PLAx) | )<br>)<br>)<br>) |

NOTICE OF LODGING OF PLAINTIFF BALBIR SINGH'S STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff BALBIR SINGH hereby submits the attached Statement of Genuine Disputes and Additional Material Facts in Opposition to CitiMortgage, Inc.'s Uncontroverted Facts and Conclusions of Law in Support of Opposition to Motion for Summary Judgment on Balbir Singh's Claims which was electronically filed on August 22, 2013, as Document Number 451.

Date:  August 22, 2013

**STONEBARGER LAW**
GENE J. STONEBARGER
RICHARD D. LAMBERT

/s/ Gene J. Stonebarger
GENE J. STONEBARGER

75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile:  (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Balbir Singh*

**MILBERG LLP**
DAVID E. AZAR
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
dazar@milberg.com

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
p. 617.357.5500
f. 617.357.5030
Emails: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Lead Class Counsel*