**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
NICOLE M. DUCKETT (SBN 198168)
ndfricke@milberg.com
300 South Grand, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MILBERG LLP**
ARIANA J. TADLER
atadler@milberg.com
1 Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (213) 868-1229

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
Email: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION | Case No. 11-ml-2274 DSF (PLAx) |
| This document relates to: | **NOTICE OF LODGING:** |
| Beverly King, et al. v. CitiMortgage, Inc., CV 10-3792 DSF (PLAx) | **PLAINTIFFS BEVERLY KING'S AND NANCY GLENNON'S REFILED AMENDED STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO CITIMORTGAGE, INC.'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON BEVERLY KING AND NANCY GLENNON'S CLAIMS** |
| Balbir Singh v. CitiMortgage, Inc., CV 11-8322 DSF (PLAx) | |
| Leslie Barry, et al. v. CitiMortgage, Inc., CV 11-8323 DSF (PLAx) | |
| Davidson Calfee, et al. v. CitiMortgage, Inc., CV 11-8324 DSF (PLAx) | |
| Juan Silva, et al. v. CitiMortgage, Inc., | |

| | | |
|---|---|---|
| CV 11-8325 DSF (PLAx) <br> Jo Ann Gastineau v. CitiMortgage, Inc., <br> CV 11-8326 DSF (PLAx) <br> William T. Whiting v. CitiMortgage, Inc., <br> CV 11-8327 DSF (PLAx) <br> David G. DeRosa, et al. v. CitiMortgage, Inc., <br> CV 11-8328 DSF (PLAx) <br> Robert Coons, et al. v. CitiMortgage, Inc., <br> CV 11-01655 DSF (PLAx) <br> Joaquin Sequeira, et al. v. CitiMortgage, Inc. <br> CV 11- 9179 DSF(PLAx) | DATE: <br> TIME: <br> CRTRM.: <br> JUDGE: <br> MAGISTRATE <br> JUDGE: | September 16, 2013 <br> 1:30 pm <br> 840 <br> Hon. Dale S. Fischer <br><br> Hon. Paul L. Abrams |

1  Pursuant to the Court's instruction [ECF No. 437] to lodge the Statement of
2  Genuine Disputes and to e-file a Notice of Lodging with the Statement, and
3  striking the version that had been electronically filed on August 20, 2013, as ECF
4  No.432, Plaintiffs Beverly King and Nancy Glennon submit the attached Refiled
5  Amended Statement of Genuine Disputes and Additional Material Facts in
6  Opposition to CitiMortgage, Inc.'s Uncontroverted Facts and Conclusions of Law,
7  which additionally corrects some typographical and citation errors in the original.

Date: August 23, 2013

**MILBERG LLP**
DAVID E. AZAR

*/s/ David E. Azar*
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: dazar@milberg.com

*Interim Lead Class Counsel*
*Counsel for Plaintiffs Beverly King and Nancy Glennon*

**KLEIN KAVANAGH COSTELLO, LLP**
GARY KLEIN
SHENNAN KAVANAGH
KEVIN COSTELLO
JOHN MCGOWAN
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
p. 617.357.5500
f. 617.357.5030
Emails: klein@kkcllp.com
kavanagh@kkcllp.com
costello@kkcllp.com
mcgowan@kkcllp.com

*Interim Lead Class Counsel*
*Counsel for Plaintiff Davidson Calfee*

- 1 -
NOTICE OF LODGING KING & GLENNON'S REFILED AM. STATEMENT OF GENUINE DISPUTES &
ADDNL FACTS IN OPP'N TO CITI'S STATE. OF UNCONTROVERTED FACTS & CONCLUSIONS OF LAW

**DECLARATION OF SERVICE BY ELECTRONIC MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on August 23, 2013, declarant served the NOTICE OF LODGING: PLAINTIFFS BEVERLY KING'S AND NANCY GLENNON'S REFILED AMENDED STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS IN OPPOSITION TO CITIMORTGAGE, INC.'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON BEVERLY KING AND NANCY GLENNON'S CLAIMS by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☒ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☐ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2013, at Los Angeles, California.



CECILLE CHAFFINS

- 2 -

NOTICE OF LODGING KING & GLENNON'S REFILED AM. STATEMENT OF GENUINE DISPUTES & ADDNL FACTS IN OPP'N TO CITI'S STATE. OF UNCONTROVERTED FACTS & CONCLUSIONS OF LAW