1  MAYER BROWN LLP
   ELIZABETH MANN (SBN 106524)
2  *emann@mayerbrown.com*
   STEVEN E. RICH (SBN 198412)
3  *srich@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone:  (213) 229-9500
5  Facsimile:   (213) 625-0248

6  MAYER BROWN LLP
   LUCIA NALE
7  *lnale@mayerbrown.com*
   DEBRA BOGO-ERNST
8  *dernst@mayerbrown.com*
   STEPHEN J. KANE
9  *skane@mayerbrown.com*
   71 South Wacker Drive
10 Chicago, IL 60606
   Telephone:  (312) 782-0600
11 Facsimile:  (312) 701-7711
   (Admitted Pro Hac Vice)
12
   Attorneys for Defendant
13 CITIMORTGAGE, INC.

14            UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
16

17 | IN RE: CITIMORTGAGE, INC. HOME | Case No. 11-mdl-2274 DSF (PLAx) |
   | AFFORDABLE MODIFICATION | |
18 | PROGRAM ("HAMP") LITIGATION | **CITIMORTGAGE, INC.'S** |
   | | **RESPONSE  TO PLAINTIFFS'** |
19 | This document relates to: | **OBJECTION TO** |
   | | **DECLARATION OF FATEN** |
20 | Beverly King, et al. v. CitiMortgage, Inc. | **SABRY** |
   | CV 10-3792 DSF (PLAx) | |
21 | Balbir Singh v. CitiMortgage, Inc. | District Judge:  Hon. Dale S. Fischer |
   | CV 11-8322 DSF (PLAx) | Magistrate Judge: Paul L. Abrams |
22 | Leslie Barry, et al. v. CitiMortgage, Inc. | |
   | CV 11-8323 DSF (PLAx) | Date:      September 16, 2013 |
23 | Davidson Calfee, et al. v. CitiMortgage, | Time:      1:30 p.m. |
   | Inc. | Judge:    Hon. Dale S. Fischer |
24 | CV 11-8324 DSF (PLAx) | |
   | Juan Silva, et al. v. CitiMortgage, Inc. | Third Amended Consolidated Class |
25 | CV 11-8325 DSF (PLAx) | Action Complaint:  June 15, 2012 |
   | Jo Ann Gastineau v. CitiMortgage, Inc. | |
26 | CV 11-8326 DSF (PLAx) | |
   | William T. Whiting v. CitiMortgage, Inc. | |
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 11-8327 DSF (PLAx)
David G. Derosa, et al. v. CitiMortgage,
Inc.
CV 11-8328 DSF (PLAx)
Keith Goodyk, et. al. v. CitiMortgage Inc.,
2:11-cv-10372 DSF(PLAx)
Robert Coons, et. al. v. CitiMortgage Inc.,
2:11-cv-10373DSF(PLAx)
Joaquin Sequeira, et. al., v. CitiMortgage
Inc.
CV 11- 9179    DSF(PLAx)

CitiMortgage, Inc. ("Citi") submits the following response to Plaintiffs' Objection to the Declaration of Faten Sabry (Dkt. 487) and asks the Court to overrule Plaintiffs' Objection.  As noted below, Dr. Sabry's Declaration (Dkt. 460-2) was submitted in support of Citi's motion to strike Dr. Ayres' report (Dkt. 343) and directly refutes arguments made by Plaintiffs in opposition to that motion. There is nothing inappropriate about such a filing.

First, Plaintiffs claim that the August 30, 2013 declaration of Faten Sabry is purportedly inconsistent with the Court's February 1, 2013 scheduling order (Dkt. 298). This is incorrect.  The Court's scheduling order related to Plaintiffs' Motion for Class Certification. Dkt. 298 at ¶ 2.  The sur-rebuttal deadlines, referenced in the Court's February 1, 2013 scheduling order and referenced in Plaintiffs' Objection, apply only "[i]f Citi intends to seek leave to file a Sur-Reply Brief and use sur-rebuttal expert(s) in support."  Dkt. 298 at ¶ 13.  Citi never chose to seek leave to file a sur-reply brief, so the deadlines cited by Plaintiffs, including with respect to any related experts, are inapplicable.

Indeed, Dr. Sabry's Declaration was not offered to support any sur-reply request by Citi.  Instead, Dr. Sabry's Declaration was offered in support of Citi's Motion to Strike Ayres' Expert Report.  The February 1, 2013 scheduling order is limited to briefing and reports concerning Plaintiffs' Motion for Class Certification and, as such, should not be read to bar Dr. Sabry's Declaration concerning Citi's motion to strike Ayres' report--a motion that did not even exist at the time of the February 1, 2013 order.

Second, Dr. Sabry's expert report is not, as Plaintiffs claim, "really a sur-rebuttal" to Ayres's Reply Report in support of class certification (Dkt. 404).  Dr. Sabry's declaration directly responds to arguments made in Plaintiffs' Response to Citi's Motion to Strike Ayres's Report (Dkt. 413).  For example, Plaintiffs argue on page 7 of their Response that Ayres can use "individual load files … rather than the finalized data contained in the Aggregate Treasury data set." Dr. Sabry

1

responds directly to this claim in paragraphs 2-3 of her declaration, noting that this method produces inaccurate data for 13 of the 24 named Plaintiffs.  Additionally, Plaintiffs argue on pages 8-9 that other Citi data can be used to cross-check Ayres results. Dr. Sabry responds directly to this argument in paragraph 4 of her declaration, noting that "none of [Ayres's proposed] fields can accurately be used as a proxy for the actual date upon which Citi notified Plaintiffs of its decision."

Plaintiffs assert that, because Dr. Sabry attacks "the actual results of Ayres'[s] methodology" rather than Ayres's methodology itself, it is somehow objectionable, but that argument is without merit. In her declaration, Dr. Sabry concludes that Ayres's methodology is flawed because it does not accurately identify some of the class representatives themselves as members of the class, and will produce thousands of false positives. Sabry Decl. at ¶¶ 4, 10. Whether or not the methodology produces accurate results is a core component of that methodology's reliability.

Finally, Plaintiffs "disagree with Sabry's … conclusions," citing their Motion to Strike Sabry's Expert Report (Dkt. 384). This is not a proper basis for an objection to Sabry's declaration, as it goes to the factual basis of Sabry's report, which is the subject of a different motion. *See, e.g., Hamgarter v. Provident Life & Acc. Ins. Co.*, 373 F.3d 998, 1016 n. 14 (9th Cir. 2004) ("[T]he factual basis of an expert report goes to the credibility of the testimony, not the admissibility.").

For the foregoing reasons, Plaintiffs' objection should be overruled.

Dated:  September 13, 2013          Respectfully submitted,

                                    MAYER BROWN LLP

                                    By:     /s/ Lucia Nale

                                    Lucia Nale
                                    Debra Bogo-Ernst
                                    Elizabeth Mann
                                    Steven E. Rich
                                    Stephen J. Kane
                                    Attorneys for CitiMortgage, Inc.

CITIMORTGAGE, INC.'S RESPONSE  TO PLAINTIFFS' OBJECTION TO DECLARATION OF
FATEN SABRY; CASE NO. 11-MDL-2274 DSF (PLAX)

1

## PROOF OF SERVICE

2
3

I am employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503.  On September 13, 2013, the:

4
5

**CITIMORTGAGE, INC.'S RESPONSE  TO PLAINTIFFS' OBJECTION TO DECLARATION OF FATEN SABRY**

6

was served by:

7
8

☒        placing the document(s) listed above in a sealed FEDEX envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDEX agent for overnight delivery to the following:

9
10
11
12
13
14

Gary E. Klein
Shennan A. Kavanagh
Kevin Costello
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, Massachusetts 02114
Tel.:  617.357.5500
Fax:  617.357.5030
Email:  klein@kkcllp.com
Email:  kavanagh@kkcllp.com
Email:  Costello@kkcllp.com

Interim Lead Class Counsel
Counsel for Plaintiffs Davidson Calfee, Daniel Korzep, Karen Grover, Robert Gatti

15
16
17
18
19
20
21

David Azar
Michiyo M. Furukawa
Nicole M. Duckett
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Tel.:  (213) 617-1200
Fax:  (213) 617-1975
Email:  dazar@milberg.com
Email:  mfurukawa@milberg.com
Email:  nduckett@milberg.com

Interim Lead Counsel
Counsel for Plaintiffs King and Glennon

22
23
24
25

Jeff S. Westerman
Westerman Law Corp.
1925 Century Park East, Ste 2100
Los Angeles, CA 90067
Tel.:  (310) 698-7450
Fax:  (310) 201-9160
Email:  jwesterman@jswlegal.com

Interim Lead Counsel
Counsel for Plaintiffs Beverly King and Nancy Glennon

26
27
28

3

**PROOF OF SERVICE**

I am employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503.  On September 13, 2013, the:

**CITIMORTGAGE, INC.'S RESPONSE  TO PLAINTIFFS' OBJECTION TO DECLARATION OF FATEN SABRY**

was served by:

☒      placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa J. Rodriguez
Nicole M. Acchione
TRUJILLO, RODRIGUEZ
 & RICHARDS, LLP
258 Kings Highway East
Haddonfield, NJ 08033

Preetpal Grewal
Cuneo Gilbert and LaDuca LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020

Sabrina S. Kim
P.O. Box 5000
Rancho Santa Fe, CA 92067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 13, 2013, at Los Angeles, California.

*s/ Elena G. Griffin*
Elena G. Griffin

CITIMORTGAGE, INC.'S RESPONSE  TO PLAINTIFFS' OBJECTION TO DECLARATION OF FATEN SABRY; CASE NO. 11-MDL-2274 DSF (PLAX)