# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE; CITIMORTGAGE, INC. HOME AFFORDABLE MODIFICATION PROGRAM ("HAMP") LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>11-ml-2274 DSF (PLAx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tadler, Ariana J.    of
*Applicant=s Name (Last Name, First Name & Middle Initial)*

(212) 594-5300          (212) 868-1229
*Telephone Number        Fax Number*

atadler@milberg.com
*E-Mail Address*

MILBERG LLP
1 Penn Plaza
New York, New York 10119

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Beverly King and Nancy Glennon

*Name(s) of Party(ies) Represented*    X *Plaintiff*  ☐ *Defendant*  ☐ *Other:*

**and designating as Local Counsel**

Azar, David E.    of
*Designee's Name (Last Name, First Name & Middle Initial)*

218319          213 617-1200
*Designee's Cal. Bar Number    Telephone Number*

          213 617-1975
          *Fax Number*

MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071

*Firm Name & Address*

dazar@milberg.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated** _____

                                            _____
                                            **U.S. District Judge/U.S. Magistrate Judge**