# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Citimortgage Inc.Home Affordable Modification Program ("HAMP") Litigation | ML 11-2274 DSF<br>MDL 2274<br><br>Order Recommending Termination of Multidistrict Litigation |

The Court has either dismissed or recommended remand of all cases that were member cases of this multidistrict litigation. Therefore, the Court recommends to the Judicial Panel on Multidistrict Litigation that this MDL be terminated.

IT IS SO ORDERED.

Date: November 15, 2018

_____
Dale S. Fischer
United States District Judge